# EXHIBIT A

Except1 1208230001



**Superior Court of the District of Columbia**
**Civil Division - Civil Actions Branch**
**500 Indiana Ave NW, Room 5000, Washington DC 20001**
**202-879-1133 | www.dccourts.gov**

**Case Number:** 2023-CAB-007360

**Case Caption:** Riyan Williams v. Capital One Bank

### INITIAL ORDER

| Initial Hearing Date: | Initial Hearing Time: | Courtroom Location: |
|---|---|---|
| Friday, 03/08/2024 | 9:30 AM | Remote Courtroom 100 |
| **Please see attached instructions for remote participation.** | | |
| Your case is assigned to Associate Judge Maurice Ross. | | |

Pursuant to D.C. Code § 11-906 and District of Columbia Superior Court Rule of Civil Procedure ("Super. Ct. Civ. R.") 40-I, it is hereby ORDERED as follows:

1) This case is assigned to the judge and calendar designated above. All future filings in this case shall bear the calendar number and judge's name along with the case number in the caption.

2) Within 60 days of the filing of the complaint, plaintiff must file proof of service on each defendant of copies of the summons, the complaint, and this Initial Order. The court will dismiss the claims against any defendant for whom such proof of service has not been filed by this deadline, unless the court extended the time for service under Rule 4.

3) Within 21 days of service (unless otherwise provided in Rule 12), each defendant must respond to the complaint by filing an answer or other responsive pleading. The court may enter a default and a default judgment against any defendant who does not meet this deadline, unless the court extended the deadline under Rule 55(a).

4) At the time stated below, all counsel and unrepresented parties shall participate in a hearing to establish a schedule and discuss the possibilities of settlement. Counsel shall discuss with their clients before the hearing whether the clients are agreeable to binding or non-binding arbitration. This order is the only notice that parties and counsel will receive concerning this hearing.

5) If the date or time is inconvenient for any party or counsel, the Civil Actions Branch may continue the Conference once, with the consent of all parties, to either of the two succeeding days when the calendar is called. To reschedule the hearing, a party or lawyer may call the Branch at (202) 879-1133. Any such request must be made at least seven business days before the scheduled date. No other continuance will be granted except upon motion for good cause shown.

6) Parties are responsible for obtaining and complying with all requirements of the General Order for Civil cases, each judge's Supplement to the General Order and the General Mediation Order. Copies of these orders are available in the Courtroom and on the Court's website http://www.dccourts.gov/.

Chief Judge Anita M. Josey-Herring

Except1_1208230002

## To Join by Computer, Tablet, or Smartphone:

1) Copy and Paste or Type the link into a web browser and enter the Webex Meeting ID listed below.

   Link: dccourts.webex.com/meet/ctb100

   Meeting ID: 129 846 4145

2) When you are ready, click "Join Meeting".

3) You will be placed in the lobby until the courtroom clerk gives you access to the hearing.

## Or to Join by Phone:

1) Call 202-860-2110 (local) or 844-992-4726 (toll-free)

2) Enter the Webex Meeting ID listed above followed by "##"

## Resources and Contact Information:

1) For best practices on how to participate in Webex Meetings, click here https://www.webex.com/learn/best-practices.html.

2) For technical issues or questions, call the Information Technology Division at 202-879-1928 and select option 2.

3) For case questions, call the Civil Actions Branch Clerk's Office at 202-879-1133.

Except1 1208230003

## **ACCESSIBILITY AND LANGUAGE ACCESS**

### **Persons with Disabilities:**

If you have a disability as defined by the American Disabilities Act (ADA) and you require an accommodation, please call 202-879-1700 or email ADACoordinator@dcsc.gov . The D.C. Courts does not provide transportation service.

### **Interpreting and Translation Services:**

The D.C. Courts offers free language access services to people having business with the court who are deaf or who are non-English speakers. Parties to a case may request free translations of court orders and other court documents. To ask for an interpreter or translation, please contact the Clerk's Office listed for your case. For more information, visit https://www.dccourts.gov/language-access.

### **Servicios de interpretación y traducción:**

Los Tribunales del Distrito de Columbia ofrecen servicios gratuitos de acceso al idioma a las personas sordas o que no hablan inglés que tienen asuntos que atender en el tribunal. Las partes de un caso pueden solicitar traducciones gratuitas de las órdenes judiciales y otros documentos del tribunal. Para solicitar un intérprete o una traducción, póngase en contacto con la Secretaría de su caso.

Para más información, visite https://www.dccourts.gov/language-access.

El acceso al idioma es importante para los Tribunales del Distrito de Columbia. Puede dar su opinión sobre los servicios de idiomas visitando https://www.dccourts.gov/services/information-and-resources/interpreting-services#language-access.

### **የቃልና የጽሑፍ ትርጓሜ አገልግሎቶች:**

የዲ.ሲ ፍርድ ቤቶች መስማት ለተሳናቸውና የእንግሊዝኛ ቋንቋ ተናጋሪ ላልሆኑ በፍርድ ቤቱ ጉዳይ ላላቸው ሰዎች ነጻ የቋንቋ ተደራሽነት አገልግሎቶች ያቀርባል። ተከራካሪ ወገኖች የፍርድ ቤት ትእዛዞችና ሌሎች የፍርድ ቤት ሰነዶች በነጻ እንዲተረጎሙላቸው መጠየቅ ይችላሉ። የቃል ወይም የጽሑፍ ትርጓሜ ለመጠየቅ እባክዎን በመዝገብዎ የተዘረዘሩ(ሩ)ን የጸሀፊ ቢሮ (ክለርክ'ስ ኦፊስ) ያናግሩ። ለተጨማሪ መረጃ https://www.dccourts.gov/language-access ይጎብኙ።

የቋንቋ ተደራሽነት ለዲ.ሲ. ፍርድ ቤቶች አስፈላጊ ነው። የቋንቋ አገልግሎቶች በተመለከተ አስተያየትዎን https://www.dccourts.gov/services/information-and-resources/interpreting-services#language-access በመጎብኘት መስጠት ይችላሉ።

Except1 1208230004

# Tips for Attending Remote Hearings - Civil Division

*Your court hearing may be held remotely. This means that you will participate by phone or by video conference instead of coming to the courthouse. Here are some tips on how to prepare.*

### How do I know if I have a remote hearing?

The Court will contact you to tell you that your hearing is remote. They may contact you by sending you an email, letter in the mail, or by calling you.



### How do I take part in a remote hearing?

The Court will give you step-by-step instructions on how to take part in the remote hearing.

If you lose your written notice, call the Civil Actions Clerk's Office for instructions at:

 202-879-1133

### Is there anything that I should do before the day of the hearing?

- Let the court know immediately if you cannot join a hearing because you do not have a phone or computer.

  📞 Civil Actions Clerk's Office: 202-879-1133

- You may want to contact an attorney for legal help.

- You can also find the list of legal services providers at dccourts.gov/coronavirus by clicking on the link that says, "List of Legal Service Providers for Those Without an Attorney."

- Evidence: if you want the judge to review photos or documents, ask the judge how to submit your evidence.

- Witnesses: tell the judge if you want a witness to testify at your hearing.

- Accommodations & Language Access: let the court know if you need an interpreter or other accommodation for your hearing.

### Tips for the Hearing



- Join the hearing a few minutes early!

- Charge your computer or phone and make sure you have enough minutes to join the call. Find a private and quiet space. If possible, be alone in a room during the hearing. Try to limit distractions as much as possible. If others are in the room with you, ask if they can be quiet during the hearing.

- Mute your microphone when you are not talking. Mute all sounds on your phone or computer.

- Say your name before you speak so the record 🖐 is clear. Be prepared to identify your role in the hearing (e.g., observer, plaintiff, defendant, witness, etc.).

- Speak slowly and clearly so everyone hears what you are saying.

- Pause before speaking in case there is a lag. Use a headset or headphones if you can. This will free up your hands and sound better.

- Try not to talk over anyone else. Only one person can speak at a time. If you talk while someone else is talking, the judge will not be able to hear you.

- Have all your documents for the hearing in front of you. Have a pen and paper to take notes.

- If you are not ready for your hearing or want to speak with an attorney, you can ask the judge to postpone your hearing for another date.

- If your sound or video freezes during the hearing, use the chat feature or call the Clerk's Office to let them know that you are having technical issues.

### Special Tips for Video Hearings
### (Click here for more information)



- Download the court's hearing software, WebEx, in advance and do a test run! The Court will provide you with a WebEx link in advance of the hearing.

- Set up the camera at eye level. If you are using your phone, prop it up so you can look at it without holding it.

- Look at the camera when you speak and avoid moving around on the video.

- Wear what you would normally wear to court.

- Sit in a well-lit room with no bright lights behind you.

- If possible, find a blank wall to sit in front of. Remember the judge will be able to see everything on your screen, so pick a location that is not distracting.



# District of Columbia Courts

# Tips for Using DC Courts Remote



The DC Courts have **remote hearing sites** available in various locations in the community to help persons who may not have computer devices or internet service at home to participate in scheduled remote hearings. The Courts are committed to enhancing access to justice for all.

There are six remote access sites throughout the community which will operate: **Monday – Friday, 8:30 am – 4:00 pm.**

### The remote site locations are:





| **Remote Site - 1** | **Remote Site - 4** |
|---|---|
| Balance and Restorative Justice Center | Balance and Restorative Justice Center |
| 1215 South Capitol Street, S | hode Island Avenue, NE |
| Washington, DC 20003 | ngton, DC 20018 |
| **Remote Site - 2** | **Remote Site - 5** |
| Balance and Restorative Jus Center | es Center |
| 1110 V Street, SE | 14th Street, NW, 2nd Floor |
| Washington, DC 20020 | nunity Room |
| | ington, DC 20009 |
| **Remote Site - 3** | **Remote Site - 6** |
| Balance and Restorative Jus Center | es Center |
| 118 Q Street, NE | 2000 14th Street, NW, Suite 300N |
| Washington, DC 20002 | Office of the Tenant Advocate |
| | Washington, DC 20009 |
| | *** No walk-ins at this location*** |

If you want to use a remote site location for your hearing, call **202-879-1900** or email DCCourtsRemoteSites@dcsc.gov **at least 24 hours before your hearing to reserve a remote access computer station**. If you require special accommodations such as an interpreter for your hearing, please call **202-879-1900 at least 24 hours in advance of your hearing so the Courts can make arrangements**.

**\*You should bring the following items when you come to your scheduled site location\***

1. Your **case number** and any **hyperlinks** provided by the Courts for your scheduled hearing.
2. Any documents you need for the hearing (evidence), including exhibits, receipts, photos, contracts, etc.
3. Materials for notetaking, including pen and paper.

**\*Safety and security measures are in place at the remote sites.**

**Contact information to schedule your remote access computer station:**
Call: **202-879-1900**
Email: DCCourtsRemoteSites@dcsc.gov



# Tribunales del Distrito de Columbia

## Consejos para usar los sitios de audiencia remota de los Tribunales de DC



Los Tribunales de DC disponen de **sitios de audiencia remota** en distintos centros de la comunidad para ayudar a que las personas que no tienen dispositivos informáticos o servicio de Internet en su casa puedan participar en audiencias remotas programadas. Los Tribunales honran el compromiso de mejorar el acceso de toda la población a la justicia.

En toda la comunidad hay seis sitios de acceso remoto que funcionarán de **lunes a viernes, de 8:30 am a 4:00 pm**.

**Los centros de acceso remoto son:**

**Sitio Remoto - 1**
Balance and Restorative Justice Center
1215 South Capitol Street, SW
Washington, DC 20003

**Sitio Remoto - 2**
Balance and Restorative Justice Center
1110 V Street, SE
Washington, DC 20020

**Sitio Remoto - 3**
Balance and Restorative Justice Center
118 Q Street, NE
Washington, DC 20002

**Sitio Remoto - 4**
Balance and Restorative Justice Center
920 Rhode Island Avenue, NE
Washington, DC 20018

**Sitio Remoto - 5**
Reeves Center
2000 14th Street, NW, 2nd Floor
Community Room
Washington, DC 20009

**Sitio Remoto - 6**
Reeves Center
2000 14th Street, NW, Suite 300N
Office of the Tenant Advocate
Washington, DC 20009
*No se puede entrar sin cita previa*

Si desea usar un sitio remoto para su audiencia, llame al **202-879-1900** o envíe un mensaje de correo electrónico a DCCourtsRemoteSites@dcsc.gov **al menos 24 horas antes de la audiencia, para reservar una estación de computadora de acceso remoto.** Si necesita adaptaciones especiales, como un intérprete para la audiencia, llame al **202-879-1900 al menos 24 horas antes de la audiencia para que los Tribunales puedan hacer los arreglos necesarios.**

**\*Cuando concurra al sitio programado debe llevar los siguientes artículos\***

1. Su **número de caso** y todos los **hipervínculos** que le hayan proporcionado los Tribunales para la audiencia programada.

2. Cualquier documento que necesite para la audiencia (prueba), incluidos documentos probatorios, recibos, fotos, contratos, etc.

3. Materiales para tomar nota, como papel y lápiz.

**\*Los sitios de acceso remoto cuentan con medidas de seguridad y protección.**

**Información de contacto para programar su estación de computadora de acceso remoto:**
Teléfono: **202-879-1900**
Correo electrónico: DCCourtsRemoteSites@dcsc.gov

**Except1 1208230007**

FILED
CIVIL DIVISION
DEC 05 2023
Superior Court of the
District of Columbia



**Superior Court of the District of Columbia**
**CIVIL DIVISION – Civil Actions Branch**
500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001
Telephone: (202) 879-1133 Website: www.dccourts.gov

Case No. _____ 2 0 2 3   7 3 6 0

## COMPLAINT
Jurisdiction of this Court is founded on D.C. Code § 11-921.

| | | | |
|---|---|---|---|
| RIYAN WILLIAMS | | CAPITAL ONE BANK, N.A. | |
| PLAINTIFF | VS | DEFENDANT | |
| C/O 3901 17TH ST NE | | 1680 Capital One Drive | |
| Address (No Post Office Boxes) | | Address (No Post Office Boxes) | |

| | | | | | |
|---|---|---|---|---|---|
| Washington  DC | 20018 | McLean | VA | 22102 |
| City      State | Zip Code | City | State | Zip Code |

443-534-2168

Telephone Number

Telephone Number

riyan.williams6@gmail.com

*Email Address (optional)*

*Email Address (optional)*

1.  Write a short and plain statement of your claim, including any relevant facts, dates, and locations:

   1. This action concerns a dispute arising from a contract between the Plaintiff and the Defendant.

   2. Plaintiff alleges that the Defendant has breached the contract and violated the Consumer Credit Protection

   Act by engaging in unfair and deceptive acts and practices.

   3.Plaintiff also alleges that Respondent dishonored his negotiable instrument in violation of Title 28, Subtitle 9

   of the D.C. Official Code and Article 3 of the Uniform Commercial Code.

   The Full complaint as well as evidence are attached.

2.  What relief are you requesting from the Court? Include any request for money damages.

   a. Adjudicate this matter in favor of the Plaintiff based on the breach of contract, UCC violations and Consumer Protection Act Violations.

   b. Update reported credit information to paid on time/never late and remove charge off

   c. Award the Plaintiff damages in the amount of $15,000.

   d. Re-open Plaintiffs account to allow him access to his open-ended credit.

   e. Accept my negotiable instruments as payment as long as they conform to applicable laws.
   f. Increase the limit of the card to the highest limit offered by Capital One Bank N.A.
   g. Grant any further relief deemed just and equitable under the circumstances.

**Except1 1208230008**

3. State any other information, of which the Court should be aware:

_____

_____

_____

_____

_____

_____

_____

## SIGNATURE

To the best of my knowledge, everything in this Complaint is true and I am not filing this Complaint to harass the Defendant(s). Superior Court Civil Rules 11(b).

**SIGNATURE**

12/4/2023
**DATE**

Subscribed and sworn to before me this ___4ᵗʰ___   day of ___December___ 20 23.

JORDAN ROGERS
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires June 30, 2028

(Notary Public/Deputy Clerk)

2

Except1 1208230009



**Superior Court of the District of Columbia**
**CIVIL DIVISION**
**Civil Actions Branch**
**500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001**
Telephone: (202) 879-1133 Website: www.dccourts.gov

RIYAN   WILLIAMS
_____
Plaintiff

vs.

Case Number   2023   7300

CAPITAL  ONE  BANK  N.A.
_____
Defendant

**SUMMONS**

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty one (21) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within seven (7) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

Riyan Williams, pro se
_____
Name of Plaintiff's Attorney

3901   17th  Street  NE
_____
Address

WASHINGTON, DC  20018
_____

443-534-2168
_____
Telephone

Clerk of the Court

By _____
Deputy Clerk

Date   12/5/23

如需翻译,请打电话 (202) 879-4828      Veuillez appeler au (202) 879-4828 pour une traduction      Để có một bản dịch, hãy gọi (202) 879-4828
번역을 원하시면, (202)879-4828로 전화주십시오       የአማርኛ ትርጉም ለማግኘት (202) 879-4828· ይደውሉ

IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, _DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME._

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español

CV-3110 [Rev. June 2017]                                                    Super. Ct. Civ. R. 4

Except1 208230010



# TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA
## DIVISIÓN CIVIL
### Sección de Acciones Civiles
500 Indiana Avenue, N.W., Suite 5000, Washington, D.C. 20001
Teléfono: (202) 879-1133 Sitio web: www.dccourts.gov

_____
                                    Demandante

        contra

                                    Número de Caso: _____

_____
                                    Demandado

## CITATORIO

Al susodicho Demandado:

Por la presente se le cita a comparecer y se le require entregar una Contestación a la Demanda adjunta, sea en persona o por medio de un abogado, en el plazo de veintiún (21) días contados después que usted haya recibido este citatorio, excluyendo el día mismo de la entrega del citatorio. Si usted está siendo demandado en calidad de oficial o agente del Gobierno de los Estados Unidos de Norteamérica o del Gobierno del Distrito de Columbia, tiene usted sesenta (60) días, contados después que usted haya recibido este citatorio, para entregar su Contestación. Tiene que enviarle por correo una copia de su Contestación al abogado de la parte demandante. El nombre y dirección del abogado aparecen al final de este documento. Si el demandado no tiene abogado, tiene que enviarle al demandante una copia de la Contestación por correo a la dirección que aparece en este Citatorio.

A usted también se le require presentar la Contestación original al Tribunal en la Oficina 5000, sito en 500 Indiana Avenue, N.W., entre las 8:30 a.m. y 5:00 p.m., de lunes a viernes o entre las 9:00 a.m. y las 12:00 del mediodía los sábados. Usted puede presentar la Contestación original ante el Juez ya sea antes que usted le entregue al demandante una copia de la Contestación o en el plazo de siete (7) días de haberle hecho la entrega al demandante. Si usted incumple con presentar una Contestación, podría dictarse un fallo en rebeldía contra usted para que se haga efectivo el desagravio que se busca en la demanda.

                                                    _SECRETARIO DEL TRIBUNAL_

_____
Nombre del abogado del Demandante

                                    Por: _____
_____
Dirección                                          Subsecretario

                                    Fecha _____
_____
Teléfono
如需翻译,请打电话 (202) 879-4828        Veuillez appeler au (202) 879-4828 pour une traduction        Dể có một bài dịch, hãy gọi (202) 879-4828
            세르비스를위하여번역(202) 879-4828 로 전화하십시오        የአማርኛ  ትርጉም  ለማግኘት  (202) 879-4828  ይደውሉ

IMPORTANTE: SI USTED INCUMPLE CON PRESENTAR UNA CONTESTACIÓN EN EL PLAZO ANTES MENCIONADO O, SI LUEGO DE CONTESTAR, USTED NO COMPARECE CUANDO LE AVISE EL JUZGADO, PODRÍA DICTARSE UN FALLO EN REBELDÍA CONTRA USTED PARA QUE SE LE COBRE LOS DAÑOS Y PERJUICIOS U OTRO DESAGRAVIO QUE SE BUSQUE EN LA DEMANDA. SI ESTO OCURRE, PODRÍA RETENÉRSELE SUS INGRESOS, O PODRÍA TOMÁRSELE SUS BIENES PERSONALES O BIENES RAÍCES Y SER VENDIDOS PARA PAGAR EL FALLO. SI USTED PRETENDE OPONERSE A ESTA ACCIÓN, _NO DEJE DE CONTESTAR LA DEMANDA DENTRO DEL PLAZO EXIGIDO._

Si desea conversar con un abogado y le parece que no puede pagarle a uno, llame pronto a una de nuestras oficinas del Legal Aid Society (202-628-1161) o el Neighborhood Legal Services (202-279-5100) para pedir ayuda o venga a la Oficina 5000 del 500 Indiana Avenue, N.W., para informarse sobre otros lugares donde puede pedir ayuda al respecto.

Vea al dorso el original en inglés
See reverse side for English original

CV-3110 [Rev. June 2017]                                                    Super. Ct. Civ. R. 4

Except1 1208230011

# Superior Court of the District of Columbia

CIVIL DIVISION - CIVIL ACTIONS BRANCH

INFORMATION SHEET  2 0 2 3   7 3 0 0

RIYAN WILLIAMS
Plaintiff(s)

Case Number:

vs

Date: 12/5/2023

CAPITAL ONE BANK N.A.
Defendant(s)

☐ One of the defendants is being sued
in their official capacity.

| | |
|---|---|
| Name: *(Please Print)*  Riyan Williams | Relationship to Lawsuit |
| Firm Name: | ☐ Attorney for Plaintiff |
| | ☒ Self (Pro Se) |
| Telephone No.:        DC Bar No.:  443-534-2128 | ☐ Other: |

TYPE OF CASE:  ☐ Non-Jury        ☒ 6 Person Jury        ☐ 12 Person Jury
Demand: $ 15,000                                Other:

PENDING CASE(S) RELATED TO THE ACTION BEING FILED
Case No.:_____  Judge:_____  Calendar #:_____

Case No.:_____  Judge:_____  Calendar #:_____

---

NATURE OF SUIT:   *(Check One Box Only)*

**CONTRACT**

☒ Breach of Contract
☐ Breach of Warranty
☐ Condo/Homeowner Assn. Fees
☐ Contract Enforcement
☒ Negotiable Instrument

**COLLECTION/INS. SUB**

☐ Debt Collection
☐ Insurance Subrogation
☐ Motion/Application for Judgment by Confession
☐ Motion/Application Regarding Arbitration Award

**EMPLOYMENT DISPUTE**

☐ Breach of Contract
☐ Discrimination
☐ Wage Claim
☐ Whistle Blower
☐ Wrongful Termination

**REAL PROPERTY**

☐ Condo/Homeowner Assn. Foreclosure   ☐ Ejectment      ☐ Other
☐ Declaratory Judgment                ☐ Eminent Domain ☐ Quiet Title
☐ Drug Related Nuisance Abatement      ☐ Interpleader   ☐ Specific Performance

☐ **FRIENDLY SUIT**
☐ **HOUSING CODE REGULATIONS**
☐ **QUI TAM**
☐ **STRUCTURED SETTLEMENTS**

**ADMINISTRATIVE PROCEEDINGS**

☐ Administrative Search Warrant
☐ App. for Entry of Jgt. Defaulted Compensation Benefits
☐ Enter Administrative Order as Judgment
☐ Libel of Information
☐ Master Meter
☐ Petition Other

☐ Release Mechanics Lien
☐ Request for Subpoena

**MALPRACTICE**

☐ Medical – Other
☐ Wrongful Death

**AGENCY APPEAL**

☐ Dangerous Animal Determination
☐ DCPS Residency Appeal
☐ Merit Personnel Act (OEA)
☐ Merit Personnel Act (OHR)
☐ Other Agency Appeal

☐ **APPLICATION FOR INTERNATIONAL FOREIGN JUDGMENT**

CV-496/February 2023

Except1 1208230012

# Information Sheet, Continued

| CIVIL ASSET FORFEITURE | TORT |
|---|---|
| ☐ Currency | ☐ Abuse of Process |
| ☐ Other | ☐ Assault/Battery |
| ☐ Real Property | ☐ Conversion |
| ☐ Vehicle | ☐ False Arrest/Malicious Prosecution |
| **NAME CHANGE/VITAL RECORD AMENDMENT** | ☐ Libel/Slander/Defamation |
| ☐ Birth Certificate Amendment | ☐ Personal Injury |
| ☐ Death Certificate Amendment | ☐ Toxic Mass |
| ☐ Gender Amendment | ☐ Wrongful Death (Non-Medical Malpractice) |
| ☐ Name Change | |

| GENERAL CIVIL | | STATUTORY CLAIM |
|---|---|---|
| ☐ Accounting | ☐ Product Liability | ☐ Anti – SLAPP |
| ☐ Deceit (Misrepresentation) | ☐ Request for Liquidation | ☐ Consumer Protection Act |
| ☐ Fraud | ☐ Writ of Replevin | ☐ Exploitation of Vulnerable Adult |
| ☐ Invasion of Privacy | ☐ Wrongful Eviction | ☐ Freedom of Information Act (FOIA) |
| ☐ Lead Paint | **CIVIL I/COMPLEX CIVIL** | ☐ Other |
| ☐ Legal Malpractice | ☐ Asbestos | **TAX SALE FORECLOSURE** |
| ☐ Motion/Application Regarding Arbitration Award | **MORTGAGE FORECLOSURE** | ☐ Tax Sale Annual |
| ☐ Other - General Civil | ☐ Non-Residential | ☐ Tax Sale Bid Off |
| | ☐ Residential | |

| VEHICLE | |
|---|---|
| ☐ Personal Injury | ☐ **TRAFFIC ADJUDICATION APPEAL** |
| ☐ Property Damage | ☐ **REQUEST FOR FOREIGN JUDGMENT** |

_____
Filer/Attorney's Signature

12/5/2023
_____
Date

CV-496/February 2023

Except1 1208230013

## Superior Court of the District of Columbia

RIYAN WILLIAMS,                    )
                                   )
        Plaintiff,                 )
                                   )
v.                                 )         CASE NO: _2023 - CAB - 007360_
                                   )
CAPITAL ONE BANK N.A.,             )
                                   )
        Defendant.                 )
                                   )

## Complaint and Request for Relief

I, Riyan Williams, the Plaintiff in this matter, am filing this Complaint against Capital One Bank, hereinafter referred to as the Defendant. I am pursuing this action pro se, without legal representation.

Plaintiff asks the Court to take judicial notice of the fact that he is without counsel, is not schooled in the law and legal procedures, and is not licensed to practice law. Therefore, his pleadings must be read and construed liberally. See Haines v. Kerner, 404 US at 520 (1980); Birl v. Estelle, 660 F.2d 592 (1981). Further Plaintiff believes that this court has a responsibility and legal duty to protect any and all of Plaintiffs' constitutional and statutory rights. See United States v. Lee, 106 US 196,220 [1882]

Nature of the Case:

1. This action concerns a dispute arising from a contract between the Plaintiff and the Defendant.

2. Plaintiff alleges that the Defendant has breached the contract and violated the Consumer Credit Protection Act by engaging in unfair and deceptive acts and practices.

3. Plaintiff also alleges that Respondent dishonored his negotiable instrument in violation of Title 28, Subtitle 9 of the D.C. Official Code and Article 3 of the Uniform Commercial Code.

Factual Background:

4. Capital One Bank specializes in an array of financial services, prominently recognized for its involvement in credit cards, consumer banking, and lending solutions. Renowned

Except1 1208230014

as a major credit card issuer within the United States, Capital One Bank , N.A offers a diverse range of credit card products featuring various rewards programs, interest rates, and unique features. In addition to their credit card offerings, the bank provides essential consumer banking services, encompassing savings accounts, checking accounts, certificates of deposit (CDs), and personal loans.

5. On or around May 2023, Plaintiff and the Defendant entered into a contract under a consumer credit transaction subject to the provisions of the Consumer Credit Protection Act.

6. Plaintiff received a credit card from Capital One Bank , N.A soon after electronically signing the card Agreement. The card provided Plaintiff with a revolving line of credit with which he could make purchases and obtain cash advances. Plaintiff made purchases with the card for personal, family, and household purposes. According to Capital One's Customer Agreement, Plaintiff had an obligation to repay Capital One for those purchases and the use of the Account. By the terms of the credit card agreement, he could do so over time through minimum installment payments. That agreement also permitted Capital One to charge interest at an annual rate up to 29.99% on the monthly balance.

7. The Truth in Lending Act (TILA) is a U.S. federal law that was enacted to protect consumers by promoting the informed use of credit and providing transparency in lending practices which falls under the Consumer Credit Protection Act. TILA is designed to ensure that borrowers receive clear and accurate information about the terms and costs of credit transactions. Overall, the Truth in Lending Act aims to provide borrowers with the information they need to make informed decisions about borrowing money and to protect them from deceptive or unfair lending practices. It applies to a wide range of consumer credit transactions and plays a crucial role in promoting transparency in the lending industry.

8. Every month, Defendant delivered credit card statements, by mail, to Plaintiff, a few days after the closing date of each billing cycle. The statement included a summary of all of Plaintiffs' transactions during the billing cycle, Plaintiffs' new balance, minimum payment, the due date and other important information as a part of their contractual obligation.

9. According to Defendant Capital Ones' Customer Agreement, Defendant specified how payments were to be made for each billing cycle," Your payment must be made in U.S dollars from a U.S. deposit account in a form acceptable to us. We do not accept cash payments through the mail." The Agreement goes on to say, "When you send us an *Item* as payment, you authorize us to make a one-time electronic fund transfer from your deposit account. You also authorize us to process the payment as an *Item*. We may withdraw the funds from your deposit account as early as the same day we receive your payment. We will provide additional information about this process on your statement."

Except1 1208230015

10. In the section titled "Glossary" of the Capitol One Customer Agreement it defines the term "*Item*" to mean, "a check, draft, money order or other negotiable instrument you use to pay your *Account*. This includes any image of these instruments. This does not include an access check."

11. On or around June, 2023, Plaintiff received his first statement from Capital One Bank N.A. The statement showed a new balance of $491.78 and a minimum payment of $25 as well as other pertinent information about the Account,

12. On the bottom left hand of the bill, in small font, Capital One Bank , N.A stated, "Please send us this portion of your statement and only one check payable to Capital One to ensure your payment is processed promptly. Allow at least seven business days for delivery."

13. On the reverse side of the bill, in small font, Capital One Bank N.A. continued to explain how payments could be made. Under the section titled *How Do I Make Payments* "You may make your payment in several ways:…. Sending mail payments to the address on the front of this statement with the payment coupon or your account number."

14. In the section titled *Billing Rights Summary,* Capital One Bank , N.A explains when and how to contact them about an error on the account and the Plaintiffs rights while Defendant investigates the matter. Those rights included but weren't limited too; responding to Plaintiffs complaint within 30 days of receipt, not try to collect the amount in quest and not reporting the Account as delinquent and providing resolution within 90 days of initial receipt.

15. After reading the statement thoroughly, Plaintiff accepted the bill, detached the payment coupon on the bottom, endorsed it as a negotiable instrument and delivered it back to Defendant via regular mail.

16. The negotiable instrument was in writing, contained Plaintiffs Account number, was drawn on Capital One Bank, made payable to the order of Capital One in the amount of $491.78 and included a restrictive endorsement. Under Capital One Bank, N.A Customer Agreement, negotiable instruments such as the one Plaintiff sent, are considered an "*Item*" and a special address is listed where these *Items* were to be sent. Plaintiff sent his *Item* via regular mail, to this address at P.O. Box 1330, Charlotte, NC 28201.

17. After some time, Plaintiff noticed that his account was not credited according to the terms of the Agreement as Capital One Bank, N.A. had stated. A one-time electronic fund transfer from my deposit account was not made and the payment was not processed as an *Item*. There was a balance of $491.78 still on the Account to be more specific.

18. When Plaintiff did not see a payment made on the Account according to his instructions, he sent a billing error to Capital One at P.O. Box 30285, Salt Lake City, UT 84130 via regular mail.

19. The billing error contained Plaintiffs name and account number, the dollar amount of the billing error of $491.78 and described how Plaintiff had sent an *Item* to the address listed in the Customer Agreement and a one-time electronic fund transfer from his deposit account was not made and the payment was not processed as an *Item*.

20. Plaintiff waited 30 days for a response from Defendant, as Defendant had stated in the Agreement that they would respond within 30 days. No response was received from Defendant by Plaintiff in 30 days.

21. On or about August 13th, 2023, Plaintiff sent a letter to Capital One headquarters in an attempt to reach someone. In this letter, Plaintiff requested Defendant to stop sharing his non-public personal information to third parties via certified mail # 9589-0710-5270-0647-1234-97.

22. During the same period, Plaintiff received a second statement from Defendant for August with a new balance of $529.71 and a minimum payment of $68.00.

23. Plaintiff again, accepted the bill, detached the payment coupon on the bottom, endorsed it as a negotiable instrument and delivered it back to Defendant via regular mail.

24. The negotiable instrument was in writing, contained Plaintiffs Account number, was drawn on Capital One Bank, made payable to the order of Capital One in the amount of $529.71 and included a restrictive endorsement. Plaintiff sent his *Item* to this address at P.O. Box 1330, Charlotte, NC 28201 via certified mail # 9589-0710-5270-0647-1234-80. This *Item* was signed for by an agent of Defendant at the address listed above on August 18th, 2023.

25. A one-time electronic fund transfer from my deposit account was not made and the payment was not processed as an *Item*. There was a balance of $529.71 still on the Account to be more specific.

26. At this time, Defendant had still not responded to the billing error sent over 30 days prior.

27. On or about August 20th, 2023, Plaintiff received a letter from Capital One which stated, "We are closing this account because activity on this or another account is not consistent with our expectations for account usage and violates the Capital One Customer Agreement." It goes on to address other stipulations concerning the closing of the account.

Except1 1208230017

28. On or about August 22nd, 2023, Plaintiff sent another billing error to Capital One at P.O.
Box 30258, Salt Lake City, UT 84130. This billing error address the two prior negotiable
instruments in which Defendant dishonored and questioned what right Defendant had for
closing my Account and which terms I violated under the Capital One Customer
Agreement. This letter was sent via certified mail # 9589-0710-5270-0699-5481-32 and
signed for August 31st, 2023 by an agent of the Defendant.

29. Plaintiff never received a response from Defendant that addressed the billing error he sent
in July of 2023 or the one he sent in August of 2023.

30. In September, Plaintiff received the third statement from Defendant for September with a
new balance of $491.78 and a minimum payment due of $25.

31. Plaintiff again, accepted the bill, detached the payment coupon on the bottom, endorsed it
as a negotiable instrument and delivered it back to Defendant via regular mail.

32. The negotiable instrument was in writing, contained Plaintiffs Account number, was
drawn on Capital One Bank, made payable to the order of Capital One in the amount of
$491.78 and included a restrictive endorsement. Plaintiff sent his *Item* to this address at
P.O. Box 30258 , Salt Lake City, UT 84130 via certified mail #
7020-0090-0000-2729-7267. This *Item* was sent alongside another billing error and
signed for by an agent of Defendant at the address listed above. Again, the instrument was
dishonored.

33. On or about October 15th, 2023, Plaintiff realized that Defendant reported the Account as
closed to Experian, Transunion and Equifax, this adverse action caused Plaintiffs credit
score to fall significantly and for his creditworthiness to be in jeopardy.

34. These actions led to violations of several Fair Credit Reporting Act provisions by
Defendant, including but not limited to:

   a. Reporting inaccurate information about the dishonored payments on the Account,
   damaging the Plaintiff's credit history.
   b. Failing to properly investigate and correct inaccuracies upon the Plaintiff's request.
   c. Unauthorized access to the Plaintiff's credit report and unauthorized inquiries.
   d. Failure to provide proper disclosure about the Plaintiff's FCRA rights and adverse
   action notices.
   e. Violation of the FCRA provisions relating to billing error resolution.

35. The Fair Credit Reporting Act (FCRA) is a federal law under the Consumer Credit
Protection Act in the U.S. that regulates the collection, accuracy, and privacy of consumer
credit information. It grants consumers the right to access their credit reports annually for
free, dispute inaccuracies, and be informed of adverse actions based on credit
information. The FCRA imposes limits on the duration of negative information on credit
reports, requires consumer consent for credit report release, and establishes

Except1 1208230018

procedures for addressing identity theft. Overall, it aims to ensure fair treatment, accuracy, and privacy in consumer credit reporting.

36. As part of Defendants Credit Card Agreement, it states, "We may report information about your Account to credit bureaus and others. Late payments, missed payments, or other defaults on your Account may be reflected in your credit report.

37. By including this statement, Defendant engaged in deceptive acts and practices by failing to also disclose that the Plaintiff had the right to opt-out of the disclosure of his non-public personal information. Defendant also failed to provide a a means ,not limited to a phone number, in which Plaintiff could exercise this right.

38. According to the Gramm-Leach Bliley Act, within a financial institutions' privacy notice, there must be included a clear and conspicuous statement informing consumers of their right to opt-out of the sharing of their information with non-affiliated third parties, a method to opt-out and a time frame in which a consumer can do so.

39. Defendants' credit card Agreement failed to include any mention of Plaintiffs' rights to opt-out and provide a place where he could exercise this right.

40. Plaintiff suffered multiple adverse actions received by other financial institutions in connection with the inaccurate information Capital One sold to non-affiliated third parties, such as credit denials and higher interest rates.

41. On or about November 10th, 2023, Plaintiff, again delivered a negotiable instrument to Defendant in the amount of $529.28.

42. Plaintiff again, accepted the bill, detached the payment coupon on the bottom, endorsed it as a negotiable instrument and delivered it back to Defendant via regular mail.

43. The negotiable instrument was in writing, contained Plaintiffs Account number, was drawn on Capital One Bank, made payable to the order of Capital One in the amount of $529.28 and included a restrictive endorsement. Plaintiff sent his *Item* to this address at P.O. Box 1330 , Charlotte , NC 28201 via certified mail # 7022-0410-0000-8957-1990. This *Item* was signed for by an agent of Defendant at the address listed above on November 17th, 2023. The instrument was again dishonored and no payment was made.

44. At this point, Plaintiff had sent the original billing error to Capital One Bank (USA), N.A. over 90 days prior. Defendant neither responded intially after 30 days nor did they send me written notice explaining either that they corrected the error or the reasons they believed the bill is correct within 90 days.

45. On November 28th, 2023, Plaintiff sent a final billing error to P.O. Box 30258 , Salt Lake City, UT 84130 via certified mail # 7022-3330-0000-9667-4260 as well as submitted a complaint to the Consumer Financial Protection Bureau.

Except1 1208230019

46. On or around that time, Plaintiff notice that Defendant had now charged off the account and reported that charge off to Experian, Transunion and Equifax, putting them in violation again of the previously stated Fair Credit Reporting Act provisions. As part of the Customer Agreement, Defendant stated they would not take these actions while a dispute was being investigated and they had provided a response. This served as another breach of contract by Defendant

47. From the beginning of our contractual relationship, Defendant engaged in unfair and deceptive practices and acts by failing to provide adequate disclosures that clearly and conspicuously stated the cost of credit.

48. The transactions involving the negotiable instruments are governed by the UCC, particularly Article 3, which governs negotiable instruments and their transfer.

49. UCC 3 typically refers to Article 3 of the Uniform Commercial Code (UCC), a set of standardized laws governing commercial transactions in the United States. UCC Article 3 specifically deals with negotiable instruments, which are essentially written promises or orders to pay a sum of money. It establishes the rules and regulations for checks, promissory notes, and drafts, outlining the rights and obligations of parties involved in these financial instruments. Key points covered by UCC Article 3 include the requirements for creating a valid negotiable instrument, the transfer and negotiation of these instruments, liability for forged or unauthorized signatures, and the rights of holders and endorsers. It plays a crucial role in facilitating commerce by providing a consistent legal framework for negotiable instruments, making it easier for businesses and individuals to engage in financial transactions.

50. In the District of Columbia, where Plaintiff resides, the Uniform Commercial Code (UCC) can be found under Title 28, Subtitle 9 of the D.C. Official Code. UCC Article 3, which deals with negotiable instruments, would be included within this section and gives this court the jurisdiction to preside over the case.

51. Plaintiff had a legitimate expectation that the Defendant would honor the negotiable instrument upon presentation, as it stated it would per the Customer Agreement and required by UCC Article 3.

52. Plaintiff alleges that the Defendant dishonored 4 different negotiable instruments in violation of UCC provisions and breach our contract, as a result, the Plaintiff has suffered actual damages.

53. Plaintiff held a financial account with the Defendant, which was subject to the provisions of the Equal Credit Opportunity Act, which prohibits discrimination in credit transactions on the basis of race, color, religion, national origin, sex, marital status, or good faith exercise of rights under the Consumer Credit Protection Act.

54. On or about August 2023, the Defendant closed my account without providing a justifiable reason, apart from my good faith exercise of rights under Title 6 of the Delaware Code, Title 28, Subtitle 9 of the D.C. Official Code, the Consumer Protection Act and the terms of the Capital One Customer Agreement.

55. The Consumer Credit Protection Act provides specific rights, including but not limited to the right to challenge the accuracy of information contained in my credit report and dispute inaccuracies. It is designed to protect consumers from unfair and deceptive business practices and to promote fair competition in the marketplace. They often outline specific rights that consumers have when purchasing goods or services, including the right to accurate and clear product information, the right to refunds or returns under certain conditions, and the right to fair pricing.

56. Defendant, on more than one occasion, received an *Item* from the Plaintiff to off set the balance due on the Account. Each time, Defendant dishonored the payment and did not withdraw the funds from Plaintiffs deposit account as early as the same day we receive your payment. This is in direct contradiction to what Defendant agreed to do when they received an *Item*. Lack of performance on a contract served as a breach

57. Plaintiff experienced numerous adverse actions from other financial institutions based on the non-public personal information reported by Defendant to different credit reporting agencies and unaffiliated third parties.

Cause of Action:

58. I, in good faith, exercised my rights under the Capital One Customer Agreement in sending my Item as payment for the amount due on the account, to the address specified by Capital One Bank (U.S.A.) N.A.

59. The Consumer Credit Protection Act safeguards consumers' rights to just credit practices, fair and accurate credit reporting and protection from retaliation for the exercise of the consumers protected rights.

60. By Dishonoring my *Items* without providing me a reason, not responding to billing error notices as Defendant agreed to do,  charging off the account and subsequently reporting the charge off to unaffiliated third parties, Respondent breached the terms of the contract, violated the Uniform Commercial Code and Consumer Credit Protection laws.

61. On more than one occasion, Capital One Bank (U.S.A.) N.A. engaged in deceptive acts and practices which caused direct, incidental and nominal damages to Plaintiff.

62. The Plaintiff seeks damages in the amount of $15,000 to compensate for damages and any  other relief the court will allow.

Request for Relief:

62. The Plaintiff respectfully requests that this Honorable Court:

    a. Adjudicate this matter in favor of the Plaintiff based on the breach of contract, UCC violations and Consumer Protection Act Violations.

    b. Update reported credit information to paid on time/never late and remove charge off
    c. Award the Plaintiff damages in the amount of $15,000.
    d. Re-open Plaintiffs account to allow him access to his open-ended credit.
    e. Accept my negotiable instruments as payment as long as they conform to applicable laws.
    f. Increase the limit of the card to the highest limit offered by Capital One Bank N.A.
    g. Grant any further relief deemed just and equitable under the circumstances.

### Verification

I, Riyan Williams, certify under penalty of perjury that the facts stated in this Complaint are true and correct to the best of my knowledge, information, and belief.

### CERTIFICATE OF SERVICE

I, Riyan Williams, hereby certify that on the below date, I served the foregoing Complaint via certified mail to Defendant.

Name: _____    Date: 12/4/2023

Riyan. Williams

District of Columbia
Signed and sworn to (or affirmed) before me on
12/4 2023 by Riyan Williams
Date    Name(s) of Individual(s) making statement

Signature of Notarial Officer
Notary public
Title of Office
My commission expires: 06/30/2028



Except1 1208230022

# Capital One Bank N.A. Customer Agreement and Disclousures

Except1 1208230023  **Capital**One®  P.O. Box 30277
Salt Lake City, UT 84130-0277

August 18, 2023

||ııl|ı||ı|ı||||ııˑˑ|ıı|ı||ˑ|ˑˑˑˑˑˑ||ˑˑ|ˑˑ||ˑˑˑˑ|ı||ˑˑ||ˑˑ||ıˑ|ı||ıˑ||ˑ|ıı||ˑ||ıı
RIYAN WILLIAMS                    000018469
3901 17TH ST NE                   L107
WASHINGTON, DC 20018

Re: Account ending in ▮▮▮▮
Creditor: Capital One N.A.

Dear RIYAN WILLIAMS,

We are closing this account because activity on this or another account is not consistent with our expectations for account usage and violates the Capital One Customer Agreement.

Please stop using this account immediately and destroy any cards and checks associated with it. Also, you should update any recurring payments you have set up using this account, such as gym memberships, subscriptions to online streaming services, etc.

You are still responsible for paying the full amount of any remaining account balance and you'll continue to receive billing statements until the balance reaches zero.

Sincerely,

Capital One

## EQUAL CREDIT OPPORTUNITY ACT

The federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assitance program; or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act. The federal agency that administers compliance with this law concerning this creditor is the Bureau of Consumer Financial Protection, 1700 G Street NW, Washington, DC 20006.

© 2023 Capital One. Capital One is a federally registered service mark.

Except1 1208230024 

**Capital**One®

P.O. Box 30285
Salt Lake City, UT 84130-0285

June 14, 2023

 արկվորդերկիստորգեկվեկներեն

000067032

RIYAN WILLIAMS          UPGR
3901 17TH ST NE
WASHINGTON, DC 20018-230901

Re: Your account number ending in 

Thank you for contacting us about the terms on your Capital One® account. Your current terms are listed below and on the following pages:

**Credit Limit: $500.00**

| INTEREST RATES AND INTEREST CHARGES | |
| --- | --- |
| **Annual Percentage Rate (APR) for Purchases** | **29.99%**.<br>This APR will vary with the market based on the Prime Rate. |
| **APR for Transfers** | **29.99%**.<br>This APR will vary with the market based on the Prime Rate. |
| **APR for Cash Advances** | **29.99%**.<br>This APR will vary with the market based on the Prime Rate. |
| **Paying Interest** | Your due date is at least 25 days after the close of each billing cycle. We will not charge interest on new purchases, provided you have paid your previous balance in full by the due date each month. We will begin charging interest on cash advances and special transfers on the transaction date. |
| **For Credit Card Tips from the Consumer Financial Protection Bureau** | To learn more about factors to consider when applying for or using a credit card, visit the website of the Consumer Financial Protection Bureau at **http://www.consumerfinance.gov/learnmore**. |
| **Minimum Interest Charge** | There is no Minimum Interest Charge on this account. |

© 2023 Capital One. Capital One is a federally registered service mark.

Except1 1208230025

COLR153C 6056 3601 204 07 20230614 PG 2 OF 5
00067032   47485585.1   0-0

## Capital One® Customer Agreement

### Welcome to Capital One

Thank you for opening a credit card account with us. This Customer Agreement including any changes to it ("Agreement") contains the terms of your agreement with Capital One.

### Definitions

The meanings of the terms you see in italics appear in the **Glossary** section at the end of this Agreement.

As used here, "you" and "your" mean each applicant and co-applicant for the *Account*; any person responsible for paying the *Account*; and any person responsible for complying with this Agreement. "We," "us," "our," and "Capital One" mean Capital One, National Association; and ts agents, authorized representatives, successors, and assignees.

### Account Documents

The following documents govern your *Account* with us:

(1) this Agreement;
(2) all *Statements*;
(3) any rewards program terms, conditions, and disclosures;
(4) any privacy notices;
(5) your *Card* benefits brochure which describes benefits provided by the *Payment Card Network* for your *Account*;
(6) all disclosures and materials provided to you before or when you opened your *Account*;
(7) any other documents and disclosures relating to your *Account*, including those provided online; and
(8) any future changes we make to any of the above.

Please read these carefully and keep them for future reference.

### New Offers

In the future, we may provide you with new offers that we think may interest you. The terms of these offers may differ from the standard terms cn your *Account*. This Agreement will still apply.

### Account Information

We need information about you to manage your *Account*. This includes:

(1) your legal name;
(2) a valid U.S. mailing address and residential address (if different);
(3) your date of birth;
(4) your Social Security number or other government identification number;
(5) your telephone number(s); and
(6) your employment and income information.

You must tell us when this information changes. We may ask you for additional documents to verify any changes.

We may restrict or close your *Account* if we cannot verify your information, or if you do not provide it as requested.

### Your Revolving Credit Line and Spending

We will tell you your initial revolving credit line when you open your *Account*. We may increase or decrease your revolving credit line at any time without prior notice to you, unless notice is required by law, and we may limit or take away the credit available for *Cash Advances*. You can find your current revolving credit line on your *Statement*. We may not authorize transactions in excess of your revolving credit line. We may consider each transaction that may cause you to exceed your revolving credit line based on several factors, including your performance on this *Account* and other credit accounts you have with us and your performance with other creditors. if we do authorize transactions in excess of your revolving credit line, they will be subject to this Agreement. They will not result in an increase of your revolving credit line.

### Using Your Account

(1) This Agreement applies whether or not you use your *Card* or *Account*. It will continue to apply even after your *Account* is closed, as long as you have a balance.
(2) You must sign the *Card* immediately when you receive it.
(3) You must return the *Card* to us or destroy it if we ask you to.
(4) You must take reasonable steps to prevent the unauthorized use of your *Card*, *Access Checks* and *Account*.
(5) We may decline to authorize a transaction for any reason. This may occur even if the transaction would not cause you to go over your revolving credit line or your *Account* is not in default.
(6) We are not responsible for any losses you incur if we do not authorize a transaction.
(7) We are not responsible for any losses you incur if anyone refuses to accept your *Card* for any reason.
(8) Unless we tell you otherwise, we will bill each transact on to the applicable *Segment* of your *Account*. We will apply it against your available credit for that *Segment*.
(9) You may obtain *Cash Advances* and *Transfers* as permitted for your *Account*. You may not use these to pay any amount you owe us or any other company in the Capital One organization.
(10) You must not use, or try to use, the *Card* for any illegal activity. You are responsible for any charges if you do.
(11) We are not liable for any losses that may result when our services are unavailable due to reasons beyond our control.

### Rewards

Your *Account* may provide you with the opportunity to earn rewards. If it does, we will separately provide you with information and terms about the rewards.

1

Except1 1208230026

## Access Checks

We may provide you with *Access Checks*. If we do, we will tell you at the time if we consider them purchases, *Cash Advances* or *Special Transfers*.

Only the person we designate may use *Access Checks*. You may not use them to pay any amount you owe us or any other company in the Capital One organization. We may reject and not pay any *Access Check* if:

(1) your *Account* is past due, charged off, bankrupt, lost/ stolen or closed;
(2) we suspect fraud;
(3) your *Account* is over the revolving credit line; or
(4) the check has expired, is damaged or cannot otherwise be processed.

Our liability if we do not pay an *Access Check* will never be more than (1) your actual damages or (2) the amount of the *Access Check*, whichever is less.

Use of an *Access Check* is not the same as using your *Card*. When you use an *Access Check*, you will have fewer rights to dispute merchant transactions than with uses of your *Card*. Please see the "Billing Rights Summary" on your *Statement* and your other *Truth-in-Lending Disclosures* for more information.

## Stopping Payment of Access Checks

You may request a stop payment on any *Access Check* by contacting Customer Service.

We will have a reasonable amount of time after your stop payment request to research and complete the stop payment. We will not be responsible if we cannot complete the stop payment. Reasons include:

(1) the *Access Check* was already paid;
(2) you do not give us the information we asked for; or
(3) the information you gave us was incorrect.

We do not have to release the stop payment order unless the account holder who made the request asks us to. If we re-credit your *Account* after a valid stop payment order, you give us all of your rights against the payee or other holder of the paid *Access Check*. You also agree to help us in any legal action we may later take against the payee or other holder of the check.

## Using a PIN

We may give you a personal identification number (PIN). For security reasons, you may have to provide the PIN before you are able to use your *Card*.

Keep your PIN secure. Do not write it down, give it to anyone, or keep it with your *Card*. If you lose your *Card* or believe the confidentiality of your PIN has been compromised for any reason, you must contact Customer Service immediately.

## Authorized Users

If you ask us to issue a *Card* to any other person,

they are an *Authorized User*. We may require certain information about them. We may limit their ability to use your *Card*. They may have access to certain information about your *Account*. You will be responsible for their use of the *Account* and anyone else they allow to use your *Account*, even if you did not want, or agree to, that use.

## Removing an Authorized User

If you want to remove an *Authorized User* from your *Account*, you must contact Customer Service and request their removal. You also must immediately destroy all *Cards* in their possession and cancel any arrangements they may have set up on your *Account*. They will be able to use your *Account* until you have notified us that you are removing them from your *Account*. During this time, you will still be responsible for all amounts they charge to your *Account*. You will be responsible even if these amounts do not appear on your *Account* until later.

*Authorized Users* may remove themselves from your *Account* upon request. We reserve the right to remove them from your *Account* for any reason. To remove them from your *Account*, we may close your existing *Account* and issue a new *Card* with a new *Account* number.

## Your Promise to Pay

You promise to pay us all amounts due on your *Account*. This includes amounts where you did not sign a purchase slip or other documents for the transaction. We will treat transactions made without presenting your actual *Card* (such as for mail, telephone, Internet, or mobile device purchases) the same as if you used the *Card* in person. If you let someone else use your *Card*, you are responsible for all transactions that person makes.

## Statements

We will generally send or make available to you one *Statement* for all *Cards* on your *Account* at the end of each *Billing Cycle*. Under certain circumstances, the law may not require us to send or make available to you a *Statement*, or may prohibit us from doing so.

## Disputed Transactions

You must inspect each *Statement* you receive. Tell us about any errors or questions you have, as described in the "Billing Rights Summary" on your *Statement* and other *Truth-in-Lending Disclosures*. If you do not notify us of an error, we will assume that all information on the *Statement* is correct.

If we credit your *Account* for all or part of a disputed transaction, you give us all of your rights against others regarding that transaction. You will also:

(1) give us any information about the disputed transaction, if we ask;
(2) not pursue any claim or reimbursement of the transaction amount from the merchant or any other person; and
(3) help us get reimbursement from others.

2

Except1 1208230027

## Other Payment Services

We may make services available that allow you to make faster or recurring payments on line or by telephone. We will describe the terms for using these services and any applicable *Fee* before you use them. You do not have to use these other payment services.

We are not responsible if your financial institution rejects a payment made using our payment services.

If you ask someone else to make a payment for you, we may provide that person with limited *Account* information necessary to set up and process that payment. We may also refuse to accept that payment. If we do accept it, you will be responsible for that payment even if a financial institution rejects it.

## Payment Processing

We may accept and process payments without losing any of our rights. We may delay the availability of credit until we confirm that your payment has cleared. This may happen even if we credit your payment to your *Account*. We may resubmit and collect returned payments electronically. If necessary, we may adjust your *Account* to correct errors, process returned and reversed payments, and handle similar issues.

When you send us an *Item* as payment, you authorize us to make a one-time electronic fund transfer from your deposit account. You also authorize us to process the payment as an *Item*. We may withdraw the funds from your deposit account as early as the same day we receive your payment. You will not receive your *Item* back from your bank. We will provide additional information about this process on your *Statement*.

We may use the information from an *Item* to create an electronic image. We may collect and return the image electronically. This electronic image may also be converted to a substitute check and may be processed in the same way we would process an *Item*. We will not be responsible if an *Item* you provide has physical features that when imaged result in it not being processed as you intended.

## How We Apply Your Payments

Your *Account* may have *Segments* with different Annual Percentage Rates (APR). For example, purchases may have a lower APR than *Cash Advances*. If your *Account* has *Segment* balances with different APRs, here is how we apply payments in a *Billing Cycle*:

(1) We generally apply credits and payments up to your minimum payment first to the balance with the lowest APR, and then to balances with higher APRs.

(2) We apply any part of your payment exceeding your minimum payment to the balance with the highest APR, and then to balances with lower APRs.

## Items with Restrictive Words, Conditions, or Instructions

You must mail all *Items* bearing restrictive words, conditions, limitations, or special instructions to:

Capital One
PO Box 1330
Charlotte, NC 28201-1330

This includes *Items* marked "Paid in Full" or similar language. This also includes all accompanying communications.

If you make such a payment or send any accompanying communications to any other address, we may reject it and return it to you. We may also accept it and process it without losing any of our rights.

## Credit Balances

We may reject and return any payment that creates or adds to a credit balance on your *Account*. Any credit balance we allow will not be available until we confirm that your payment has cleared. We may reduce the amount of any credit balance by any new charges. You may write to the address provided on your *Statement* or call Customer Service to request a refund of any available credit balance.

## Account Default

You will be in default if:

(1) you do not make any payment when it is due;
(2) any payment you make is rejected, not paid or cannot be processed;
(3) you file or become the subject of a bankruptcy or insolvency proceeding;
(4) you are unable or unwilling to repay your obligations, including upon death or legally declared incapacity;
(5) we determine that you made a false, incomplete or misleading statement to us, or you otherwise tried to defraud us;
(6) you do not comply with any term of this Agreement or any other agreement with us; or
(7) you permanently reside outside the United States.

If you are in default, we may take certain actions with respect to your *Account*. For example, depending on the default, we may take the following actions, without notifying you, unless the law says that we must give you notice:

(1) charge you *Fees*, or change the APRs and *Fees* on your *Account*, if provided in your *Truth-in-Lending Disclosures*;
(2) close or suspend your *Account*;
(3) lower your revolving credit line;
(4) demand that you immediately pay the total balance owing on your *Account*;
(5) continue to charge you *Interest Charges* and *Fees* as long as your balance remains outstanding; and/or
(6) file a lawsuit against you, or pursue another action that is not prohibited by law. If we file a lawsuit, you agree to pay our court costs, expenses and attorney fees, unless the law does not allow us to collect these amounts

4

Except1 1208230028

- **"Cash Advance"** means a loan in cash or things we consider cash equivalents, including wire transfers, travelers' checks, money orders, foreign currency, lottery tickets, gaming chips, and wagers. We post *Cash Advances* to the *Cash Advance Segment* of your *Account* and not to your purchase *Segment*.

- **"Fees"** means charges imposed on your *Account* not based on the Annual Percentage Rates.

- **"Interest Charges"** means any charges to your *Account* based on the application of Annual Percentage Rates.

- **"Item"** means a check, draft, money order or other negotiable instrument you use to pay your *Account*. This includes any image of these instruments. This does not include an *Access Check*.

- **"Payment Card Network"** means the network provider displayed on your *Card*. This may be Visa Inc., MasterCard International Incorporated, or any other network provider.

- **"Segments"** means the different parts of your *Account* we may establish that are subject to unique APRs, pricing, or other terms. We create these parts of your *Account* for such things as your purchases, *Balance Transfers*, *Cash Advances* and *Special Transfers*. The sum of your *Segment* balances equals your total *Account* balance.

- **"Special Transfer"** means a *Transfer* posted to a *Segment* of your *Account* that is not your purchase *Segment* or *Cash Advance Segment*.

- **"Statement"** means a document showing important *Account* information, including all transactions billed to your *Account* during a *Billing Cycle* and information about what you must pay. We may also refer to your *Statement* as a "Periodic *Statement*" or a "Billing *Statement*".

- **"Transfers"** means amounts transferred from other accounts to this *Account* and includes *Balance Transfers* and *Special Transfers*.

- **"Truth-in-Lending Disclosures"** means disclosures that the federal Truth in Lending Act and Regulation Z require for any *Account*. This includes your application and solicitation disclosures, *Account* opening disclosures, subsequent disclosures, *Statements*, and change in terms notices.



© 2014 Capital One
Capital One is a federally registered service mark.
All rights reserved.

Except1 1208230029



Rev. 6/2021
BR415351
RV230073
M-134061
230073

| FACTS | WHAT DOES CAPITAL ONE® DO WITH YOUR PERSONAL INFORMATION? |
|---|---|
| **Why?** | Financial companies choose how they share your personal information. Federal law gives consumers the right to limit some but not all sharing. Federal law also requires us to tell you how we collect, share, and protect your personal information. Please read this notice carefully to understand what we do. |
| **What?** | The types of personal information we collect and share depend on the product or service you have with us. This information can include:<br>• Social Security number and income<br>• Account balances and payment history<br>• Account transactions and credit card or other debt |
| **How?** | All financial companies need to share customers' personal information to run their everyday business. In the section below, we list the reasons financial companies can share their customers' personal information; the reasons Capital One chooses to share; and whether you can limit this sharing. |

| Reasons we can share your personal information | Does Capital One share? | Can you limit this sharing? |
|---|---|---|
| **For our everyday business purposes** – such as to process your transactions, maintain your account(s), respond to court orders and legal investigations, or report to credit bureaus | Yes | No |
| **For our marketing purposes** – to offer our products and services to you | Yes | No |
| **For joint marketing with other financial companies** | Yes | No |
| **For our affiliates' everyday business purposes** – information about your transactions and experiences | Yes | No |
| **For our affiliates' everyday business purposes** – information about your creditworthiness | Yes | Yes |
| **For our affiliates to market to you** | Yes | Yes |
| **For nonaffiliates to market to you** | Yes | Yes |

| To limit our sharing | Call us toll free at 1-888-817-2970 and one of our representatives will update your privacy choices.<br>**Please note:**<br>If you are a *new* customer, we can begin sharing your information 30 days from the date we sent this notice. If you're an *existing* customer and have opted out previously, you don't need to update your privacy choices again. When you are *no longer* our customer, we continue to share your information as described in this notice.<br>However, you can contact us at any time to limit our sharing. |
|---|---|
| Questions? | Go to capitalone.com/privacy or capitalone.com/contact |

230073



Please Recycle

Except1 1208230030

| | |
|---|---|
| **Who is providing this notice?** | Capital One, N.A. and Capital One Bank (USA), N.A., and their affiliates that use the names Capital One, Chevy Chase, and Greenpoint. |
| **How does Capital One protect my personal information?** | To protect your personal information from unauthorized access and use, we use security measures that comply with federal law. These measures include computer safeguards and secured files and buildings. |
| **How does Capital One collect my personal information?** | We collect your personal information, for example, when you:<br>• open an account or deposit money<br>• pay your bills or apply for a loan<br>• use your credit or debit card<br><br>We also collect your personal information from others, such as credit bureaus, affiliates, or other companies. |
| **Why can't I limit all sharing?** | Federal law gives you the right to limit only:<br>• sharing for affiliates' everyday business purposes – information about your creditworthiness<br>• affiliates from using your information to market to you<br>• sharing for nonaffiliates to market to you<br><br>State laws and individual companies may give you additional rights to limit sharing. See below for more on your rights under state law. |
| **What happens when I limit sharing for an account I hold jointly with someone else?** | Your choices will apply to everyone on your account. |

**Definitions**

| | |
|---|---|
| **Affiliates** | Companies related by common ownership or control. They can be financial and nonfinancial companies.<br>• *Our affiliates include financial companies with the Capital One, Chevy Chase, Capital One Shopping, and Greenpoint names, such as Capital One Bank (USA), National Association; and Capital One, National Association.* |
| **Nonaffiliates** | Companies not related by common ownership or control. They can be financial and nonfinancial companies.<br>• *Nonaffiliates we share with can include insurance companies, co-branded partners, retailers, data processors, and advertisers.* |
| **Joint marketing** | A formal agreement between nonaffiliated financial companies that together market financial products or services to you.<br>• *Our joint marketing partners include companies such as other banks and insurance companies.* |

**Other important information**

**For California residents:** We will not share information we collect about you with nonaffiliated third parties, except as permitted by law, including, for example, with your consent or to service your account.

**For Vermont residents:** We will not share information we collect about you with nonaffiliated third parties, except as permitted by law, including, for example, with your consent or to service your account. We will not share information about your creditworthiness with our affiliates, other than as permitted by Vermont law, unless you authorize us to make those disclosures.

**For Nevada residents:** Notice provided pursuant to state law. To be placed on our internal Do Not Call List, call 1-888-817-2970. If you would like more information about telemarketing practices, you may contact us at Capital One, P.O. Box 30285, Salt Lake City, UT 84130-0285 or webinfo@capitalone.com. For more on this Nevada law, contact Bureau of Consumer Protection, Office of the Nevada Attorney General, 555 E. Washington St., Suite 3900, Las Vegas, NV 89101; Phone number: 1-702-486-3132; e-mail: BCPINFO@ag.state.nv.us.

**Telephone Communications:** All telephone communications with us or our authorized agents may be monitored or recorded.

This notice is available in Spanish.
Este aviso está disponible en Español.

© 2021 Capital One. Capital One is a federally registered service mark.

**How can I Avoid Paying Interest Charges?** If you pay your New Balance in full by the due date each month, we will not charge interest on new transactions that post to the purchase balance. If Except1120823000f1out Interest Charges, but fail to pay your next New Balance in full, we will charge interest on the unpaid balance. Interest Charges on Cash Advances and Special Transfers start on the transaction date. Promotional offers may allow you to pay less than the total New Balance and avoid paying interest on new transactions that post to your purchase balance. See the front of your statement for additional information.

**How is the Interest Charge Determined?** Interest Charges accrue from the date of the transaction, the date the transaction is processed or the first day of the Billing Cycle. Interest accrues daily on every unpaid amount until it is paid in full. Interest accrued during a Billing Cycle posts to your account at the end of the Billing cycle and appears on your next statement. You may owe Interest Charges even if you pay the entire New Balance one month, but did not do so the prior month. Once you start accruing Interest Charges, you generally must pay your New Balance in full two consecutive Billing Cycles before Interest Charges stop being posted to your Statement. Interest Charges are added to the corresponding segment of your account.

**Do you assess a Minimum Interest Charge?** We may assess a minimum Interest Charge of $0.00 for each Billing Cycle if your account is subject to an Interest Charge.

**How do you Calculate the Interest Charge?** We use a method called Average Daily Balance (including new transactions).

1. First, for each segment we take the beginning balance each day and add in new transactions and the periodic Interest Charge on the previous day's balance. Then we subtract any payments and credits for that segment as of that day. The result is the daily balance for each segment. However, if your previous statement balance was zero or a credit amount, new transactions which post to your purchase segment are not added to the daily balance.

2. Next, for each segment, we add the daily balances together and divide the sum by the number of days in the Billing Cycle. The result is the Average Daily Balance for each segment.

3. At the end of each Billing Cycle, we multiply your Average Daily Balance for each segment by the daily periodic rate (APR divided by 365) for that segment, and then we multiply the result by the number of days in the Billing Cycle. We add the Interest Charges for all segments together. The result is your total Interest Charge for the Billing Cycle.

The Average Daily Balance is referred to as the Balance Subject to Interest Rate in the Interest Charge Calculation section of this Statement.

NOTE: Due to rounding or a minimum Interest Charge, this calculation may vary slightly from the Interest Charge actually assessed.

**How can I Avoid Membership Fees?** If a Renewal Notice is printed on this statement, you may avoid paying an annual membership Fee by contacting Customer Service no later than 45 days after the last day in the Billing Cycle covered by this statement to request that we close your account. To avoid paying a monthly membership Fee, close your account and we will stop assessing your monthly membership Fee.

**How can I Close My Account?** You can contact Customer Service anytime to request that we close your account.



**How do you Process Payments?** When you make a payment, you authorize us to initiate an ACH or electronic payment that will be debited from your bank account or other related account. When you provide a check or check information to make a payment, you authorize us to use information from the check to make a one-time ACH or other electronic transfer from your bank account. We may also process it as a check transaction. Funds may be withdrawn from your bank account as soon as the same day we process your payment.

**How do you Apply My Payment?** We generally apply payments up to your Minimum Payment first to the balance with the lowest APR (including 0% APR), and then to balances with higher APRs. We apply any part of your payment exceeding your Minimum Payment to the balance with the highest APR, and then to balances with lower APRs.

**Billing Rights Summary** (Does not Apply to Small Business Accounts)
**What To Do If You Think You Find A Mistake On Your Statement:** If you think there is an error on your statement, write to us at:
P.O. Box 30285, Salt Lake City, UT 84130-0285.

In your letter, give us the following information:
• Account information: Your name and account number
• Dollar amount: The dollar amount of the suspected error.
• Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake. You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors in writing. You may call us or notify us electronically, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. We will notify you in writing within 30 days of our receipt of your letter. While we investigate whether or not there has been an error, the following are true:
• We cannot try to collect the amount in question, or report you as delinquent on that amount. The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
• While you do not have to pay the amount in question until we send you a notice about the outcome of our investigation, you are responsible for the remainder of your balance.
• We can apply any unpaid amount against your credit limit. Within 90 days of our receipt of your letter, we will send you a written notice explaining either that we corrected the error (to appear on your next statement) or the reasons we believe the bill is correct.

**Your Rights If You Are Dissatisfied With Your Purchase:** If you are dissatisfied with the goods or services that you have purchased with your credit card, and have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase. To use this right, the following must be true:
1) You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify; and
2) You must not yet have fully paid for the purchase.
If all of this criteria above are met and you are still dissatisfied with the purchase, contact us in writing at P.O. Box 30285, Salt Lake City, UT 84130-0285. While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

© 2020 Capital One. Capital One is a federally registered service mark.

ETC-08 10/01/2020

---

 Pay online at capitalone.com

 Pay using the Capital One mobile app

 Customer Service 1-800-227-4825

## Changing your mailing address?

You can change your address by signing into your account online or by calling Customer Service.

Any written request on this form will not be honored.

**How do I Make Payments?** You may make your payment in several ways:
1. Online Banking by logging into your account;
2. Capital One Mobile Banking app for approved electronic devices;
3. Calling the telephone number listed on the front of this statement and providing the required payment information;
4. Sending mail payments to the address on the front of this statement with the payment coupon or your account information.

**When will you Credit My Payment?**
♦ For mobile, online or over the phone, as of the business day we receive it, as long as it is made by **8 p.m. ET**.
♦ For mail, as of the business day we receive it, as long as it is received **by 5 p.m. local time** at our processing center. You must send the bottom portion of this statement and your check to the payment address on the front of this statement. Please allow at least seven (7) business days for mail delivery. Mailed payments received by us at any other location or payments in any other form may not be credited as of the day we receive them.

**Except1 1208230032**

Billing Errors sent to
Capital One Bank N.A.

Except1 1208230033

Riyan Williams
3901 17th NE
Washington, DC 20018
Account #: ~~TSAY6806b459938~~

Capital One N.A.
PO Box 30258
Salt Lake City, UT 84130

August 22, 2023

## Notice of Billing Error

I am writing to bring to your attention a billing error on my recent billing statement. Specifically, I have noticed that a balance of $491.78 still exists on my account despite me sending in an *item* for the full amount as required in the Capital One Customer Agreement I received upon opening my Account. I believe non-acceptance of non-cash items, is in violation of applicable federal law.

In the Capital One Customer Agreement it states ; " You must mail all *items* bearing restrictive words, conditions, limitations or special instructions too: Capital One, PO Box 1330 Charlotte, NC 28201."

On or before August, 15th, 2023 I sent two *items* in the form of uncertificated debt security which were presented to me in bearer form by Capital One to the address above. One was from the July 2023 Statement in the amount of $529.71 and the other was for the August 2023 Statement for $491.78. In good faith and for value, I endorsed these *Items* and delivered them to Capital One with the expectation that a one time electronic transfer from my dfeposit account would be made. This processes was explained in Capital One's Customer Agreement. These securities were not handled according to my indorsement and instruction, no credit was reflected on my account.At this point, Capital One is engaging in unfair and deceptive acts and practices by stating one thing in our Agreement, and then not performing their duties according to this same Agreement. According to the Uniform Commercial Code, If tender of payment of an obligation to pay an instrument is made to a person entitled to enforce the instrument and the tender is refused, there is discharge, to the extent of the amount of the tender, of the obligation of an indorser or accommodation party having a right of recourse with respect to the obligation to which the tender relates.

In your letter dated August 18th,2023, Capital One B.A. as the creditor, stated that I violated Capital One's Customer Agreement, but my actions see to be in line with both said Customer Agreement, Capital One's trustee indenture registered with the SEC as well with applicable state and Federal laws. Could Capital One N.A. provide me an explanation as to what terms I violated as the bases of closing my Account, what right you have according to the *Truth In Lending Act* to

Except1 12082200?~

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Capital One

P.O Box 1330

Charlotte, NC 28201

9590 9402 7033 1225 3506 92

2. Article Number (Transfer from service label)

7897 0710 5270 0647 1234 80

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

AUG 18 2023

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053   Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

c/o Capital One Funding, LLC
1600 Capital One Drive
Room 27907A
McLean, Va 22102

9590 9402 7033 1225 3502 58

2. Article Number (Transfer from service label)

0710 5270 0647 1234 97

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053   Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Capitol One

P.O. Box 1330

Charolotte, NC 28201

9590 9402 6858 1104 3875 84

2. Article Number (Transfer from service label)

0410 0000 8957 1990

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

NOV 17 2023

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery



**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Capital One N.A.
P.O. Box 30258
Salt Lake City, UT
84130

9590 9402 7212 1284 9795 87

2. Article Number (Transfer from service label)

0710 5270 0699 5481 32

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ □ Agent
□ Addressee

B. Received by (Printed Name)   C. Date of Delivery
AUG 3 1 2023

D. Is delivery address different from item 1?  □ Yes
If YES, enter delivery address below:  □ No

3. Service Type
□ Adult Signature
□ Adult Signature Restricted Delivery
□ Certified Mail®
□ Certified Mail Restricted Delivery
□ Collect on Delivery
□ Collect on Delivery Restricted Delivery
□ Insured Mail
□ Insured Mail Restricted Delivery (over $500)

□ Priority Mail Express®
□ Registered Mail™
□ Registered Mail Restricted Delivery
□ Signature Confirmation™
□ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com .

Certified Mail Fee  $ 4.35
Extra Services & Fees (check box, add fee as appropriate)
□ Return Receipt (hardcopy)  $ 3.55
□ Return Receipt (electronic)  $
□ Certified Mail Restricted Delivery  $
□ Adult Signature Required  $
□ Adult Signature Restricted Delivery  $
Postage  $ 0.90
Total Postage and Fees  $ 8.80

Sent To  C/O Capital One Funding, LLC
Street and Apt. No., or PO Box No.  1600 Capital One Drive (Ave 27901A
City, State, ZIP+4®  McLean, VA 22102

PS Form 3800, January 2023 PSN 7530-02-000-9047  See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com .

Salt Lake City, UT 84130

Certified Mail Fee  $4.35   013+
Extra Services & Fees (check box, add fee as appropriate)  $3.55
□ Return Receipt (hardcopy)  $ $0.00
□ Return Receipt (electronic)  $ $0.00
□ Certified Mail Restricted Delivery  $ $0.00
□ Adult Signature Required  $ $0.00
□ Adult Signature Restricted Delivery  $ $0.00
Postage  $0.66
Total Postage and Fees  $8.56   09/07/2023

Sent To  Capital One N A  9/7/23
Street and Apt. No., or PO Box No.  P.O. Box 30258
City, State, ZIP+4®  Salt Lak City UT 84130

PS Form 3800, April 2015 PSN 7530-02-000-9047  See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com .

Certified Mail Fee  $4.35
Extra Services & Fees (check box, add fee as appropriate)  $3.55
□ Return Receipt (hardcopy)  $
□ Return Receipt (electronic)  $
□ Certified Mail Restricted Delivery  $
□ Adult Signature Required  $
□ Adult Signature Restricted Delivery  $
Postage  $2.07
Total Postage and Fees  $

Sent To  Cap One remittance Nov
Street and Apt. No., or PO Box No.
City, State, ZIP+4®

PS Form 3800, April 2015 PSN 7530-02-000-9047  See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com .

Salt Lake City, UT 84130

Certified Mail Fee  $4.35
Extra Services & Fees (check box, add fee as appropriate)  $0.00
□ Return Receipt (hardcopy)  $ $0.00
□ Return Receipt (electronic)  $ $0.00
□ Certified Mail Restricted Delivery  $ $0.00
□ Adult Signature Required  $ $0.00
□ Adult Signature Restricted Delivery  $
Postage  $0.66
Total Postage and Fees  $5.01

Sent To  Capital One
Street and Apt. No., or PO Box No.  P.O. Box 30258
City, State, ZIP+4®  Salt Lake City UT 84130

PS Form 3800, January 2023 PSN 7530-02-000-9047  See Reverse for Instructions

Except1 1208230036

7022 3330 0000 9667 4260

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Salt Lake City, UT 84130

OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee $ $4.35 | |
| Extra Services & Fees (check box, add fee as appropriate) $3.55 | |
| ☐ Return Receipt (hardcopy) $ $0.00 | |
| ☐ Return Receipt (electronic) $ $0.00 | Postmark Here |
| ☐ Certified Mail Restricted Delivery $ $0.00 | NOV 28 2023 |
| ☐ Adult Signature Required $ $0.00 | |
| ☐ Adult Signature Restricted Delivery $ | |
| Postage $ $0.90 | 11/28/2023 |
| Total Postage and Fees $ $8.80 | 11/28 |

Sent To: Cap One
Street and Apt. No., or PO Box No.: P.O Box 30256
City, State, ZIP+4®

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

9589 0710 5270 0647 1234 80

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee $ 4.35 | |
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☑ Return Receipt (hardcopy) $ 3.55 | |
| ☐ Return Receipt (electronic) $ | Postmark Here |
| ☐ Certified Mail Restricted Delivery $ | AUG 2023 |
| ☐ Adult Signature Required $ | |
| ☐ Adult Signature Restricted Delivery $ | |
| Postage $ 0.90 | |
| Total Postage and Fees $ 8.80 | |

Sent To: Capital One
Street and Apt. No., or PO Box No.: P.O Box 1330
City, State, ZIP+4®: Charlotte, NC 28201-1330

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions





Except1 1208230037

Plaintiff's Credit report from
Equifax and Experian showing the
adverse actions taken by Capital
One Bank N.A.

Ex**e**pt1 1208230038

# experian™

Prepared For

**RIYAN WILLIAMS**

Personal & confidential

**Date generated:** Dec 2, 2023

## At a glance

### FICO® Score 8



**532** FICO®SCORE 8
Experian data Dec 2, 2023

300 ▼ 850

Poor

| Account summary | | Overall credit usage | Debt summary | |
|---|---|---|---|---|
| Open accounts | 1 | | Credit card and credit line debt | $0 |
| Self-reported accounts | 0 |  | Self-reported account balance | $0 |
| Accounts ever late | 3 | | Loan debt | $2,337 |
| Closed accounts | 10 | **0 %** | Collections debt | $0 |
| Collections | 0 | | Total debt | $2,337 |
| Average account age | 4 yrs 1 mo | | | |
| Oldest account | 9 yrs 4 mos | | | |

▓ Credit used: $0

▓ Credit limit: $0

**experian.**
Exceptl 1208230039

Prepared For **RIYAN WILLIAMS**   **Date generated:** Dec 2, 2023

## Open accounts

**GEORGETOWN UNIVERSITY**

Exceptional payment history

$2____

Balance updated **Nov 01, 2023**

### Account info

| | | | |
|---|---|---|---|
| Account name | **GEORGETOWN UNIVERSITY** | Balance | |
| Account number | | Balance updated | **Nov 01, 2023** |
| Original creditor | - | Original balance | **$5,225** |
| Company sold | - | Paid off | **55%** |
| Account type | **Education** | Monthly payment | **$55** |
| Date opened | **Aug 31, 2014** | Last Payment Date | **Oct 10, 2023** |
| Open/closed | **Open** | Terms | **120 Months** |
| Status | **Open/Never late.** | Responsibility | **Individual** |
| Status updated | **Nov 2023** | Your statement | - |

### Payment history

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | - |
| 2022 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2021 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2020 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2019 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2018 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2017 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2016 | - | - | - | - | - | - | - | - | - | - | - | ✓ |

✓ Current / Terms met    - Data Unavailable

### Contact info

| Address | **3700 O ST NW WASHINGTON, DC 20057** |
|---|---|
| Phone number | **(202) 687-0100** |

### Comments

-

**experian.**
Except1 1208230040

**BMW FINANCIAL SERVICES**                                                                                    Closed

Exceptional **payment history**

### Account info

| | | | |
|---|---|---|---|
| Account name | **BMW FINANCIAL SERVICES** | Balance | - |
| Account number | | Balance updated | - |
| Original creditor | - | Original balance | |
| Company sold | - | Monthly payment | - |
| Account type | **Auto Loan** | Last Payment Date | **Oct 26, 2018** |
| Date opened | **Aug 27, 2016** | Terms | **60 Months** |
| Open/closed | **Closed** | Responsibility | **Individual** |
| Status | **Paid, Closed/Never late.** | Your statement | - |
| Status updated | **Oct 2018** | | |

### $ Payment history

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2018 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | CLS | - | - |
| 2017 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2016 | - | - | - | - | - | - | - | - | - | ✓ | ✓ | ✓ |

✓ Current / Terms met          CLS Closed                    - Data Unavailable

### Contact info

Address          **5515 PARKCENTER CIR DUBLIN, OH 43017**

Phone number     **(800) 578-5000**

### Comments

**Paid through insurance**

**experian**

Except1 1208230041

**MONEYLION INC**                                                                                                                                            Closed

4 potentially negative months

### Account info

| | | | |
|---|---|---|---|
| Account name | ▬▬▬▬ | Balance | - |
| Account number | ▬▬▬▬ | Balance updated | - |
| Original creditor | - | Original balance | ▬▬▬ |
| Company sold | - | Monthly payment | - |
| Account type | Secured Loan | Last Payment Date | Dec 12, 2022 |
| Date opened | Feb 06, 2022 | Terms | 11 Months |
| Open/closed | Closed | Responsibility | Individual |
| Status | Paid, Closed. $306 written off. | Your statement | - |
| Status updated | Dec 2022 | | |

### Payment history

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2022 | - | - | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | 30 | 60 | CO | CO |

✓ Current / Terms met        CO Charge off          30 Past due 30 days

60 Past due 60 days          - Data Unavailable

### Contact info

Address         PO BOX 1547 SANDY,
                UT 84091

Phone number    (888) 629-8244

### Comments

-

**experian.**
Except1 1208230042

**NAVY FEDERAL CR UNION**                                                                                         Closed

Exceptional payment history

### Account info

| | | | |
|---|---|---|---|
| Account name | **NAVY FEDERAL CR UNION** | Balance | - |
| Account number | ▬▬▬▬ | Balance updated | - |
| Original creditor | - | Original balance | ▬▬▬▬ |
| Company sold | - | Monthly payment | - |
| Account type | **Auto Loan** | Last Payment Date | **Jan 25, 2019** |
| Date opened | **Dec 10, 2018** | Terms | **72 Months** |
| Open/closed | **Closed** | Responsibility | **Individual** |
| Status | **Paid, Closed.** | Your statement | - |
| Status updated | **Jan 2019** | | |

### Payment history

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2019 | CLS | - | - | - | - | - | - | - | - | - | - | - |

CLS  Closed            - Data Unavailable

### Contact info

| | |
|---|---|
| Address | **PO BOX 3700 MERRIFIELD, VA 22119** |
| Phone number | **(888) 842-6328** |

### Comments

-

**experian.**
Except1 1208230043

**PENTAGON FEDERAL CR UN**                                                                                               Closed

Exceptional **payment history**

## Account info

| | | | |
|---|---|---|---|
| Account name | **PENTAGON FEDERAL CR UN** | Balance | - |
| Account number | | Balance updated | - |
| Original creditor | - | Original balance | |
| Company sold | - | Monthly payment | - |
| Account type | **Unsecured** | Last Payment Date | **Jun 30, 2023** |
| Date opened | **Jul 08, 2022** | Terms | **12 Months** |
| Open/closed | **Closed** | Responsibility | **Signer** |
| Status | **Paid, Closed/Never late.** | Your statement | - |
| Status updated | **Jun 2023** | | |

## Payment history

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 | ✓ | ✓ | ✓ | ✓ | ✓ | CLS | - | - | - | - | - | - |
| 2022 | - | - | - | - | - | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

✓ Current / Terms met        CLS Closed            - Data Unavailable

## Contact info

| | |
|---|---|
| Address | **PO BOX 1432 ALEXANDRIA, VA 22313** |
| Phone number | **(703) 838-1000** |

## Comments

-

**:experian.**
Except1 1208230044

**SYNCB/CAR CARE SYN CAR**                                                                                                    Closed

Exceptional **payment history**

### Account info

| | | | |
|---|---|---|---|
| Account name | **SYNCB/CAR CARE SYN CAR** | Balance | - |
| Account number | | Balance updated | - |
| Original creditor | - | Credit limit | |
| Company sold | - | Monthly payment | - |
| Account type | **Charge Card** | Last Payment Date | **Jun 05, 2017** |
| Date opened | **Oct 13, 2015** | Highest balance | **$1,198** |
| Open/closed | **Closed** | Terms | - |
| Status | **Paid, Closed/Never late.** | Responsibility | **Joint** |
| Status updated | **Jun 2017** | Your statement | - |

### $ Payment history

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017 | ✓ | ✓ | ✓ | ✓ | ✓ | CLS | - | - | - | - | - | - |
| 2016 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2015 | - | - | - | - | - | - | - | - | - | ✓ | ✓ | ✓ |

✓ Current / Terms met        CLS Closed              - Data Unavailable

### Contact info

| | |
|---|---|
| Address | **PO BOX 965036 ORLANDO, FL 32896** |
| Phone number | **(866) 657-0376** |

### Comments

**Account closed at credit grantor's request**

**experian.**
Except1 1208230045

**Public records**

No public records reported.

● experian.
Except1 1208230046

Prepared For **RIYAN WILLIAMS**   **Date generated:** Dec 2, 2023

**Credit scores**

FICO® Score 8



**532**

300                              850

**FICO** SCORE 8
Experian data 12/2/2023

Your score is well below the average score of U.S. consumers and demonstrates to lenders that you are a risky borrower.

## What's hurting

**— Serious delinquency**

- You have a serious delinquency (60 days past due or greater) or derogatory indicator on your credit report.

- Number of your accounts that were ever 60 days late or worse or have a derogatory indicator: 3 accounts

- Virtually no FICO High Achievers have a 60 days late payment or worse listed on their credit report.

- The presence of a serious delinquency or derogatory indicator is a highly correlated predictor of future payment risk. People with previous late payments are more likely to pay late in the future. As these items age, they will have less impact on the FICO® Score. Most late payments stay on your report for no more than seven years.

**— High credit usage**

- You've made heavy use of your available revolving credit.

- Ratio of your revolving balances to your credit limits: 114%

- For FICO High Achievers, the average ratio of the revolving account balances to credit limits is less than 7%.

- The FICO® Score evaluates balances in relation to available credit on revolving accounts. The extent of a person's credit usage is one of the most important factors considered by a FICO® Score. People who keep their ratio of balances to credit limits lower are generally considered less risky to lenders than those with higher ratios. Note, consolidating or moving debt from one account to another will usually not change the total amount owed.

**— Few accounts paid on time**

- You have an insufficient number of accounts that are currently paid as agreed.

- Number of your accounts currently being paid as agreed: 1 account

- FICO High Achievers have an average of 6 accounts currently being paid as agreed.

- The FICO® Score considers the number of accounts showing on time payments. Generally, the higher the number reported the lower the risk. Compared to other people with a similar age of credit history, the number of accounts you have that are currently paid as agreed is low.

**— Recent missed payment**

- You recently missed a payment or had a derogatory indicator reported on your credit report.

- Your most recent missed payment happened: 2 Months ago

- About 98% of FICO High Achievers have no missed payments at all. But of those who do, the missed payment happened nearly 4 years ago, on average.

- The presence of missed or late payments or derogatory indicators on a credit report, including the number of missed payments, how late they were and how recently they occurred, are correlated with future credit risk. Generally speaking, people who consistently pay their bills on time are less risky compared to people with recently missed payments. As missed payments age, they have less impact on a FICO® Score.

Except P.O. Box 740241
Atlanta, GA 30374

November 23, 2023



 To Start An Investigation, Please Visit Us At:
www.equifax.com/personal/disputes

000000029 FECE0000112323109377 01 000000 000001 008

 RIYAN J WILLIAMS
3901 17TH ST NE
WASHINGTON, DC 20018-2309

**State of District of Columbia - Notice to Consumers**
~~Exhibit 120823008~~

### CONSUMERS HAVE THE RIGHT TO OBTAIN A SECURITY FREEZE

You have a right to place a 'security freeze' on your credit report, which will prohibit a consumer reporting agency from releasing information in your credit report without our express authorization. The security freeze is designed to prevent credit, loans, and services from being approved in your name with your consent. However, you should be aware that using a security freeze to take control over who get access to the personal and financial information in your credit report may delay, interfere with, or prohibit the timely approval of any subsequent requires or application you make regarding a new loan, credit, mortgage, or any other account involving the extension of credit.

As an alternative to a security freeze, you have the right to place a initial or extended fraud alert on your credit file at no cost. An initial fraud alert is a 1-year alert that is placed on a consumer's credit file. Upon seeing a fraud alert display on a consumer's credit file, a business is required to take steps to verify the consumer's identity before extending new credit. If you are a victim of identity theft, you are entitled to an extended fraud alert, which is a fraud alert lasting 7 years.

A security freeze does not apply to a person or entity, or its affiliates, or collection agencies on behalf of the person or entity, with which you have an existing account that requests information in your report for the purposes of reviewing or collecting the account. Reviewing the account includes activities related to account maintenance, monitoring, credit line increases, and account upgrades and enhancements.

To place, temporarily lift or permanently remove the security freeze on your Equifax credit report, you can:

- Log in or create an account at www.myEquifax.com
- Call us at 1-888-298-0045
- Or send a written request that includes your name, address and social security number to:

**Equifax Information Services LLC**
**P.O. Box 105788**
**Atlanta, GA 30348**

If you are sending your request by mail, please be sure to include copies of the following:

| One Government Issued ID | One Item to Validate Your Address |
|---|---|
| Example: Driver's License State Issued ID Card Passport Birth Certificate | Example: Driver's License Utility Bill Pay Stub W2 or 1099 Form |

For requests to temporarily lift your security freeze, please be sure to specify the desired date range.
Example: March 15, 20XX to March 21, 20XX



Except1 1208230049

| 11/14/2023 | $569 | $569 | | 09/2023 | | 11/2023 | $569 |

Status - Charge Off; Type of Account - Revolving; Type of Loan - Credit Card; Whose Account - Individual Account; ADDITIONAL INFORMATION - Charged Off Account; Account Closed By Credit Grantor;

**Historical Account Information**

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 10/23 | No Data Available | | | | | | | | |
| 09/23 | $529 | $42 | | | $529 | $500 | | Credit Card | Closed |
| 08/23 | $491 | $25 | * | | $529 | $500 | | Credit Card | Closed |
| 07/23 | $529 | $43 | | | $529 | $500 | | Credit Card | |
| 06/23 | $491 | $25 | | | $491 | $500 | | Credit Card | |

---

**NAVY FCU    P.O. BOX 3700 ATTN: CBR DISPUTES MERRIFIELD VA 221193700 : 8888426328**

| Account Number | | | Date Opened 10/28/2021 | High Credit | Credit Limit | Terms Duration 19 Months | Terms Frequency Monthly | | Months Revd 25 | Activity Designator Paid and Closed | Creditor Classification |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Date of Last Reported Update 11/17/2023 | Balance Amount $0 | Amountt Past Due | Date of Last Payment 05/2023 | Actual Payment Amount $315 | Scheduled Payment Amount | Date of 1st Delinquency | Date of Last Activity 05/2023 | Date Maj Del 1st Reported | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed 05/2023 |

Status - Pays As Agreed; Type of Account - Installment; Type of Loan - Unsecured; Whose Account - Individual Account; ADDITIONAL INFORMATION - Consumer Disputes After Resolution; Closed or Paid Account/Zero Balance;

**Historical Account Information**

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 10/23 | No Data Available | | | | | | | | |
| 09/23 | No Data Available | | | | | | | | |
| 08/23 | No Data Available | | | | | | | | |
| 07/23 | No Data Available | | | | | | | | |
| 06/23 | No Data Available | | | | | | | | |

---

(Continued On Next Page)
000000001-DISC

3326569904-APP-0cb00103000005c8-11222023



**Except1 1208230050**

| Historical Account Information | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |

---

**GEORGETOWN UNIVERSITY**   *PO Box 571276 Washington DC 200571276 : 2026874841*

| Account Number | | Date Opened 08/31/201 | High Credit | Credit Limit | Terms Duration 120 Months | Terms Frequency Monthly | Months Revd 99 | Activity Designator | Creditor Classification | |
|---|---|---|---|---|---|---|---|---|---|---|
| Date of Last Reported Update 10/04/2023 | Balance Amount $2,387 | Amount Past Due | Date of Last Payment 09/2023 | Actual Payment Amount $60 | Scheduled Payment Amount $55 | Date of 1st Delinquency | Date of Last Activity 10/2023 | Date Maj Del. 1st Reported | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |

Status - Pays As Agreed; Type of Account - Installment; Type of Loan - Education Loan; Whose Account - Individual Account; ADDITIONAL INFORMATION - Student Loan;

| Historical Account Information | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
| 10/23 | $2,387 | $55 | $60 | 09/01/2023 | $5,225 | | | Education Loan | |
| 09/23 | No Data Available | | | | | | | | |
| 08/23 | No Data Available | | | | | | | | |
| 07/23 | No Data Available | | | | | | | | |
| 06/23 | $2,586 | $55 | $60 | 05/01/2023 | $5,225 | | | Education Loan | |
| 05/23 | No Data Available | | | | | | | | |
| 04/23 | No Data Available | | | | | | | | |
| 03/23 | No Data Available | | | | | | | | |
| 02/23 | No Data Available | | | | | | | | |
| 01/23 | $2,831 | $55 | $60 | 12/01/2022 | $5,225 | | | Education Loan | |
| 12/22 | No Data Available | | | | | | | | |
| 11/22 | $2,927 | $55 | $60 | 09/30/2022 | $5,225 | | | Education Loan | |

(Continued On Next Page)
000000001-DISC

3326569904-APP-0cb00103000005c8-11222023

**Except1 1208230051**

Historical Account Information

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|---|
| 10/23 | No Data Available | | | | | | | | | |
| 09/23 | No Data Available | | | | | | | | | |
| 08/23 | No Data Available | | | | | | | | | |
| 07/23 | $170 | $176 | | 06/01/2023 | $2,000 | | | Unsecured | | |
| 06/23 | No Data Available | | | | | | | | | |
| 05/23 | $318 | $176 | $200 | 05/01/2023 | $2,000 | | | Unsecured | | |
| 04/23 | $514 | $176 | $110 | 04/01/2023 | $2,000 | | | Unsecured | | |
| 03/23 | $618 | $176 | $200 | 03/01/2023 | $2,000 | | | Unsecured | | |
| 02/23 | $811 | $176 | $200 | 02/01/2023 | $2,000 | | | Unsecured | | |
| 01/23 | $1,005 | $176 | $194 | 01/01/2023 | $2,000 | | | Unsecured | | |
| 12/22 | $1,154 | $176 | | 12/01/2022 | $2,000 | | | Unsecured | | |
| 11/22 | $1,337 | $176 | | 09/30/2022 | $2,000 | | | Unsecured | | |
| 10/22 | $1,337 | $176 | | 09/30/2022 | $2,000 | | | Unsecured | | |
| 09/22 | $1,693 | $176 | | 09/01/2022 | $2,000 | | | Unsecured | | |
| 08/22 | $1,853 | $176 | | 08/01/2022 | $2,000 | | | Unsecured | | |
| 07/22 | $2,000 | $176 | | | $2,000 | | | Unsecured | | |

*SYNCB/CAR CARE SYN CAR CRE*    *PO Box 71757 Philadelphia PA 191761757 : 8663968254*

| Account Number | | Date Opened 10/13/2015 | High Credit | Credit Limit | Terms Duration | Terms Frequency Monthly | Months Revd 26 | Activity Designator Paid and Closed | Creditor Classification | |
|---|---|---|---|---|---|---|---|---|---|---|
| Date of Last Reported Update | Balance Amount | Amountt Past Due | Date of Last Payment | Actual Payment Amount | Scheduled Payment Amount | Date of 1st Delinquency | Date of Last Activity | Date Maj Del 1st Reported | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |


Except1 1208230052

PR - Inquiries with this prefix indicate that a creditor reviewed your account as part of a portfolio they are purchasing.

PREQAUTO - Inquiries with this prefix are used when you have provided consent to be prequalified for an auto loan or lease.

PREQCARD - Inquiries with this prefix are used when you have provided consent to be prequalified for a credit card.

PREQCOMM - Inquiries with this prefix are used when you have provided consent to be prequalified for telecommunications products or services.

PREQHE - Inquiries with this prefix are used when you have provided consent to be prequalified for a home equity loan or line of credit.

PREQIL - Inquiries with this prefix are used when you have provided consent to be prequalified for an installment loan other than auto, mortgage or home equity.

PREQINS - Inquiries with this prefix are used when you have provided consent to be prequalified for an insurance quote.

PREQMTG - Inquiries with this prefix are used when you have provided consent to be prequalified for a mortgage loan.

PREQOD - Inquiries with this prefix are used when you have provided consent to be prequalified for an overdraft line of credit.

PREQ - Inquiries with this prefix are used when you have provided consent to be prequalified for credit or services, not specific to auto, credit card, telecommunications, home equity, installment loan, insurance, mortgage or overdraft services.

PRM - Inquires with this prefix indicate that only your name and address were given to a credit grantor so they can provide you a firm offer of credit or insurance.

REFRESH - Inquiries with this prefix relate to the use of a consumer report in the period of time between underwriting and closing of a mortgage loan to ensure no new debt is identified.

SUPPORT - Inquiries with this prefix are used by a social service agency related to a government benefit or child support.

UTILSERV - Inquiries with this prefix are used when requesting utility services.

| Company Information | Inquiry Date(s) |
|---|---|
| MARINER FINANCE<br>8211 TOWN CENTER DR BALTIMORE MD 21236-5904  Phone: 4102882958 | 06/09/2022 |
| FIDELITY RIA / EIDCOMPARE<br>100 SALEM ST SMITHFIELD RI 02917-1299  Phone: 6173922065 | 06/09/2023 |
| EQUIFAX<br>PO Box 740241 Atlanta GA 303740241  Phone: 8006851111 | 04/05/2023 |
| EQUIFAX CONSUMER SERVICES<br>1525 WINDWARD CONCOURSE ALPHARETTA GA 30005-4180  Phone: 7707405455 | 10/26/2023 |
| NAVY FCU<br>820 FOLLIN LN SE VIENNA VA 22180-4907  Phone: 7032063720 | 04/25/2023 |
| EQUIFAX CONSUMER SERVICES<br>1550 PEACHTREE ST NW ATLANTA GA 30309-2468  Phone: 6785450506 | 11/22/2023 |
| FMR, LLC DBA FIDELITY<br>100 SALEM ST SMITHFIELD RI 02917-1299  Phone: 6193922065 | 06/09/2023 |
| FAIR ISAAC CORP.<br>200 SMITH RANCH RD SAN RAFAEL CA 94903-5551  Phone: 4154722211 | 08/14/2023 |
| EQUIFAX<br>PO Box 740241 Atlanta GA 303740241  Phone: 8006851111 | 09/20/2023 09/19/2023 06/25/2023 06/25/2023 06/25/2023 06/24/2023 06/19/2023 06/19/2023 05/17/2023<br>05/17/2023 05/17/2023 04/18/2023 04/06/2023 04/05/2023 03/16/2023 01/11/2022 01/05/2022 |
| EQUIFAX<br>PO Box 740241 Atlanta GA 303740241  Phone: 8006851111 | 06/24/2023 04/06/2023 |
| EQUIFAXBLK<br>1550 PEACHTREE ST NW ATLANTA GA 30309-2468  Phone: 7706851111 | 06/24/2023 |
| EQUIFAX<br>PO Box 105069 Atlanta GA 303485069  Phone: 8006851111 | 09/20/2023 09/19/2023 06/25/2023 05/10/2023 04/18/2023 03/14/2023 |
| PENTAGON<br>PO Box 1432 Alexandria VA 223131432  Phone: 7033831000 | 08/08/2023 |
| CAPITALONE<br>11013 W Broad St Glen Allen VA 230606017 | 10/31/2023 |
| CONSUMERINFO.COM<br>1 City Blvd W Ste 401 Orange CA 928683621  Phone: 8888888553 | 05/15/2023 |

ROM:

RIYAN WILLIAMS
C/O 3901 17TH STREET NE
WASHINGTON, DC 20018

9589 0710 5270 0942 5918 23   **RDC 99**





22102

U.S. POSTAGE PAID
FCM LG ENV
WASHINGTON, DC 200(
DEC 06, 2023

**$11.89**

R2305E125658-12

TO:

Capital One Bank N.A.
Legal Department
1680 Capital One Dr.
McLean, VA 22102



Except1 1208230053