IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED

MAY -3 2024

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

**RIYAN WILLIAMS**

Plaintiff

v.

**CAPITAL ONE BANK, N.A**

Defendant.

Case No. 1:23-cv-03898-RC

## PLAINTIFFS' MOTION TO DISMISS WITHOUT PREJUDICE PURSUANT TO RULE 41(A)

I, Riyan Williams, the plaintiff in the above-captioned case, hereby move this honorable court, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, for an order dismissing this action without prejudice.

The grounds for this motion are as follows:

1. Deficiencies in Pleading: Upon further review and analysis, I have identified deficiencies in the pleading of the original complaint. These deficiencies include inadequacies in factual allegations and legal claims, which require revision and amendment to ensure a more comprehensive and legally sufficient complaint.

2. Discovery of New Information: Subsequent to the filing of the original complaint, I have discovered new information that is pertinent to the claims asserted in this action. This newly discovered information necessitates revision of the complaint to incorporate additional factual allegations and legal theories that were not previously known or considered.

3. Intent to Refile: I seek dismissal without prejudice in order to have the opportunity to

1

remedy the deficiencies in the pleading and incorporate the newly discovered information into a new complaint. It is my intention to promptly refile the complaint in accordance with the Federal Rules of Civil Procedure.

In light of the foregoing, I respectfully request that the court grant this motion and enter an order dismissing this action without prejudice.

Respectfully submitted,

Dated: May 3rd, 2024

/s/ Riyan Williams
Riyan Williams
*Pro Se Plaintiff*

I certify that a copy of this motion has been served on all other parties in accordance with the Federal Rules of Civil Procedure on May 3rd, 2024 to:

Elizabeth M Briones, D.C. No. 888324983
Troutman Pepper Hamilton Sanders LLP
401 9th Street NW, Suite, 1000
Washington, DC 20004
Tel: 202-274-2937
Fax:703-448-6510
Email: Elizabeth.briones@troutman.com
Counsel For Defendant Capital One Bank, N.A.
