# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| RIYAN WILLIAMS, | : | |
| | : | |
|    Plaintiff, | : | Civil Action No.:  23-03898 (RC) |
| | : | |
| v. | : | Re Document No.:  12 |
| | : | |
| CAPITAL ONE BANK, N.A., | : | |
| | : | |
|    Defendant. | : | |

## ORDER

### DISMISSING CASE

Upon consideration of Plaintiff's Motion to Dismiss Without Prejudice, ECF No. 12, it is hereby **ORDERED** that Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE** pursuant to Federal Rule of Civil Procedure 41(a)(2).

   **SO ORDERED**.

Dated:  May 19, 2024                                                                                   RUDOLPH CONTRERAS
                                                                                                       United States District Judge